# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin J. Carey**

#5

1st Revision 09/05/2013 09:49 AM

Calendar Date: 09/05/2013
Calendar Time: 02:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812864 | Douglas A. Amedeo | (201) 213-3603 | Duffy Amedeo LLP | Debtor, Creative Group Acquisition Co. / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812978 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812717 | Michael Busenkell | (302) 425-5800 | Gellert, Scali, Busenkell & Brown | Debtor, Creative Group Acquisition Co. / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812595 | Benjamin A. Hackman | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812811 | Maria A Sawczuk | 302-425-3306 ext. 00 | Stevens & Lee, P.C. | Creditor, Community National Bank / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812659 | Christopher P. Simon | 302-777-4200 | Cross & Simon | Interested Party, Reveal 42, Inc. / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812606 | Jason Teele | (973) 597-2346 | Lowenstein Sandler, LLP | Debtor, Creative Acquisition Company / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812788 | Christopher Vatter | (516) 393-8209 | Jaspan Schlesinger | Creditor, Community National Bank / LIVE |
| | | Creative Group Acquisition Co. | 13-12258 | Hearing | 5812865 | Matthew P. Ward | (302) 252-4369 | Womble Carlyle Sandridge & Rice, PLL | Interested Party, Matthew P. Ward / LISTEN ONLY |

Raymond Reyes ext. 881                    CourtConfCal2012