# EXHIBIT 'B'

Creative Group Acquisition Co.
Weekly Cash Flow Forecast Bankruptcy Filing, in Dollars
5-Sep-13

| | Beginning Balance | Proj 9/13 | Proj 9/20 | Proj 9/27 | Proj 10/4 | Proj 10/11 | Proj 10/18 | Proj 10/25 | Proj 11/1 | Proj 11/8 | Proj 11/15 | Proj 11/22 | Proj 11/29 | Proj 12/6 | Weekly Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collections | 120,000 | 50,000 | 125,000 | 450,000 | 225,000 | 225,000 | 300,000 | 225,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 3,220,000 |
| **Disbursements** | | | | | | | | | | | | | | | |
| Salaries | | - | 145,000 | 150,000 | 145,000 | 145,000 | 145,000 | 150,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 1,750,000 |
| Materials & Other Direct Costs | | - | 40,000 | 30,000 | 40,000 | 30,000 | 40,000 | 30,000 | 40,000 | 30,000 | 40,000 | 30,000 | 40,000 | 30,000 | 420,000 |
| Equipment Rental | | - | - | - | 16,000 | - | - | - | - | 16,000 | - | - | - | 16,000 | 48,000 |
| Rent | | - | - | - | 51,000 | - | - | - | 51,000 | - | - | - | - | 51,000 | 153,000 |
| Utilities | | - | - | - | - | 24,000 | - | - | - | - | - | - | - | - | 24,000 |
| Insurance - Grp, General Liability, Life, DO | | - | 55,000 | 64,000 | - | - | 55,000 | - | - | - | 55,000 | - | - | - | 229,000 |
| Telephone | | - | 22,000 | - | - | - | 22,000 | - | - | - | 22,000 | - | - | - | 66,000 |
| Office/Computer/Misc | | - | 5,000 | 80,000 | 5,000 | 80,000 | 5,000 | 80,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 285,000 |
| Operating Expenses less Depr. | - | - | 267,000 | 324,000 | 257,000 | 279,000 | 267,000 | 260,000 | 241,000 | 196,000 | 267,000 | 180,000 | 190,000 | 247,000 | 2,975,000 |
| | | | | | | | | | | | | | | | |
| Net Cash Flow from Operations | 120,000 | 50,000 | (142,000) | 126,000 | (32,000) | (54,000) | 33,000 | (35,000) | 9,000 | 54,000 | (17,000) | 70,000 | 60,000 | 3,000 | 245,000 |
| Net Cumulative Cash flow from Ops | 120,000 | 170,000 | 28,000 | 154,000 | 122,000 | 68,000 | 101,000 | 66,000 | 75,000 | 129,000 | 112,000 | 182,000 | 242,000 | 245,000 | |
| | | | | | | | | | | | | | | | |
| Debtor's Counsel | | | | 30,000 | | | | 30,000 | | | | | 80,000 | | 140,000 |
| Consulting | | | | 5,000 | | | | 5,000 | | | | 5,000 | | | 15,000 |
| Creditors Committee | | | | | | | | | | | | | | | - |
| Asset Sales Process | | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | | |
| Total Expenses less Depr. | - | - | 267,000 | 359,000 | 257,000 | 279,000 | 267,000 | 295,000 | 241,000 | 196,000 | 267,000 | 185,000 | 270,000 | 247,000 | 3,130,000 |
| | | | | | | | | | | | | | | | |
| Net Cash Flow | 120,000 | 50,000 | (142,000) | 91,000 | (32,000) | (54,000) | 33,000 | (70,000) | 9,000 | 54,000 | (17,000) | 65,000 | (20,000) | 3,000 | 90,000 |
| Net Cumulative Cash Flow | 120,000 | 170,000 | 28,000 | 119,000 | 87,000 | 33,000 | 66,000 | (4,000) | 5,000 | 59,000 | 42,000 | 107,000 | 87,000 | 90,000 | |