# EXHIBIT 'C'



Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0480

IRS



7161 7618 3635 7956 2500

| | LM |
|---|---|
| Notice | CP504B |
| Tax Period | 2012 |
| Notice date | May 13, 2013 |
| Employer ID number | 26-2792900 |
| To contact us | Phone 1-800-829-0115 |
| Your Caller ID | 101527 |

Page 1 of 4

039458.322965.0217.005 2 AT 0.384 1150



039458

CREATIVE GROUP ACQUISITION
1601 BROADWAY FL 10
NEW YORK NY 10019-7434100



*26279290021*

Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $462,647.04

As we notified you before, our records show you have unpaid taxes for the tax period ending June 30, 2012 (Form 941). If you don't call us immediately or pay the amount due by May 23, 2013, we will seize ("levy") your property or rights to property and apply it to the $462,647.04 you owe.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $452,432.02 |
| Failure-to-pay penalty | 4,905.88 |
| Interest charges | 5,309.14 |
| **Amount due immediately** | **$462,647.04** |

Continued on back...



IRS

CREATIVE GROUP ACQUISITION
1601 BROADWAY FL 10
NEW YORK NY 10019-7434100

| Notice | CP504B |
|---|---|
| Notice date | May 13, 2013 |
| Employer ID number | 26-2792900 |

- Make your check or money order payable to the United States Treasury.
- Write your Employer ID number (26-2792900), the tax period (June 30, 2012), and the form number (941) on your payment and any correspondence.

## Payment

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

| Amount due immediately | $462,647.04 |
|---|---|

262792900 RA CREA 01 2 201206 670 00000000000

LM

| | |
|---|---|
| Notice | CP504B |
| Tax Period | June 30, 2012 |
| Notice date | May 13, 2013 |
| Employer ID number | 26-2792900 |

Page 3 of 4

039458

| | |
|---|---|
| If we don't hear from you—continued | |
| If we don't hear from you—continued | • If you still have an outstanding balance after we make these seizures, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:<br>– Wages, real estate commissions, and other income<br>– Bank accounts<br>– Business assets<br>– Personal assets (including your car and home)<br>– Social Security benefits<br>• If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.<br>• If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.<br>• If you don't pay your tax debt, we have the right to seize ("levy") your property. |
| **Penalties** | We are required by law to charge any applicable penalties. |
| Failure-to-pay | Description                                                                 Amount<br>Total failure-to-pay                                                    $4,905.88<br>When you pay your taxes after the due date, we charge a penalty of 0.5% of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue this notice, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month. (Internal Revenue Code Section 6651)<br>For a detailed calculation of your penalty charges, call 1-800-829-0115. |
| Removal or reduction of penalties | We understand that circumstances—such as economic hardship, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.<br>If you would like us to consider removing or reducing any of your penalty charges, please do the following:<br>• Identify which penalty charges you would like us to reconsider (e.g., 2005 late filing penalty).<br>• For each penalty charge, explain why you believe it should be reconsidered.<br>• Sign your statement, and mail it to us.<br>We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s). |

Continued on back...



Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0480



7161 7618 3635 7956 2494

| | LM |
|---|---|
| Notice | CP504B |
| Tax Period | 2012 |
| Notice date | May 13, 2013 |
| Employer ID number | 26-2792900 |
| To contact us | Phone 1-800-829-0115 |
| Your Caller ID | 101527 |
| Page 1 of 4 | |

039457.322965.0217.005 2 AT 0.384 1150

039457

CREATIVE GROUP ACQUISITION
1601 BROADWAY FL 10
NEW YORK NY 10019-7434100



*26279290021*

Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $505,829.92

As we notified you before, our records show you have unpaid taxes for the tax period ending September 30, 2012 (Form 941). If you don't call us immediately or pay the amount due by May 23, 2013, we will seize ("levy") your property or rights to property and apply it to the $505,829.92 you owe.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $493,638.92 |
| Failure-to-pay penalty | 6,409.52 |
| Interest charges | 5,781.48 |
| **Amount due immediately** | **$505,829.92** |

Continued on back...



CREATIVE GROUP ACQUISITION
1601 BROADWAY FL 10
NEW YORK NY 10019-7434100

| Notice | CP504B |
|---|---|
| Notice date | May 13, 2013 |
| Employer ID number | 26-2792900 |

- Make your check or money order payable to the United States Treasury.
- Write your Employer ID number (26-2792900), the tax period (September 30, 2012), and the form number (941) on your payment and any correspondence.

## Payment

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

**Amount due immediately**    $505,829.92

262792900 RA CREA 01 2 201209 670 00000000000

LM

| | |
|---|---|
| Notice | CP504B |
| Tax Period | September 30, 2012 |
| Notice date | May 13, 2013 |
| Employer ID number | 26-2792900 |
| Page 3 of 4 | |

039457

| | |
|---|---|
| If we don't hear from you—continued | |
| If we don't hear from you—continued | • If you still have an outstanding balance after we make these seizures, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:<br>— Wages, real estate commissions, and other income<br>— Bank accounts<br>— Business assets<br>— Personal assets (including your car and home)<br>— Social Security benefits<br>• If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.<br>• If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.<br>• If you don't pay your tax debt, we have the right to seize ("levy") your property. |
| **Penalties** | We are required by law to charge any applicable penalties. |
| Failure-to-pay | Description                    Amount<br>Total failure-to-pay      $6,409.52<br><br>When you pay your taxes after the due date, we charge a penalty of 0.5% of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue this notice, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month. (Internal Revenue Code Section 6651)<br><br>For a detailed calculation of your penalty charges, call 1-800-829-0115. |
| Removal or reduction of penalties | We understand that circumstances—such as economic hardship, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.<br><br>If you would like us to consider removing or reducing any of your penalty charges, please do the following:<br>• Identify which penalty charges you would like us to reconsider (e.g., 2005 late filing penalty).<br>• For each penalty charge, explain why you believe it should be reconsidered.<br>• Sign your statement, and mail it to us.<br><br>We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s). |

Continued on back...



Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0480



7161 7618 3635 8590 4424

| | |
|---|---|
| | LM |
| Notice | CP504B |
| Tax Period | 2012 |
| Notice date | June 3, 2013 |
| Employer ID number | 26-2792900 |
| To contact us | Phone 1-800-829-0115 |
| Your Caller ID | 101527 |
| Page 1 of 4 | |

029932.330365.0166.004 2 AT 0.384 1150



029932

CREATIVE GROUP ACQUISITION
1601 BROADWAY FL 10
NEW YORK NY 10019-7434100



*26279290021*

## Notice of intent to levy

# Intent to seize your property or rights to property
# Amount due immediately: $482,021.23

As we notified you before, our records show you have unpaid taxes for the tax period ending December 31, 2012 (Form 941). If you don't call us immediately or pay the amount due by June 13, 2013, we will seize ("levy") your property or rights to property and apply it to the $482,021.23 you owe.

### Billing Summary

| | |
|---|---:|
| Amount you owed | $476,663.79 |
| Failure-to-pay penalty | 3,915.10 |
| Interest charges | 1,442.34 |
| **Amount due immediately** | **$482,021.23** |

Continued on back...

---



CREATIVE GROUP ACQUISITION
1601 BROADWAY FL 10
NEW YORK NY 10019-7434100

| | |
|---|---|
| Notice | CP504B |
| Notice date | June 3, 2013 |
| Employer ID number | 26-2792900 |

- Make your check or money order payable to the United States Treasury.
- Write your Employer ID number (26-2792900), the tax period (December 31, 2012), and the form number (941) on your payment and any correspondence.

## Payment

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0149

| Amount due immediately | $482,021.23 |
|---|---:|

262792900 RA CREA 01 2 201212 670 00000000000

| | |
|---|---|
| | LM |
| Notice | CP504B |
| Tax Period | December 31, 2012 |
| Notice date | June 3, 2013 |
| Employer ID number | 26-2792900 |
| | Page 3 of 4 |

029932

| | |
|---|---|
| If we don't hear from you—**continued** | |
| If we don't hear from you—**continued** | • If you still have an outstanding balance after we make these seizures, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:<br>— Wages, real estate commissions, and other income<br>— Bank accounts<br>— Business assets<br>— Personal assets (including your car and home)<br>— Social Security benefits<br>• If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.<br>• If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report—which may harm your credit rating—and your creditors would also be publicly notified that the IRS has priority to seize your property.<br>• If you don't pay your tax debt, we have the right to seize ("levy") your property. |
| **Penalties** | We are required by law to charge any applicable penalties. |
| **Failure-to-pay** | Description                               Amount<br>Total failure-to-pay                        $3,915.10<br>When you pay your taxes after the due date, we charge a penalty of 0.5% of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue this notice, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month. (Internal Revenue Code Section 6651)<br>For a detailed calculation of your penalty charges, call 1-800-829-0115. |
| **Removal or reduction of penalties** | We understand that circumstances—such as economic hardship, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner.<br>If you would like us to consider removing or reducing any of your penalty charges, please do the following:<br>• Identify which penalty charges you would like us to reconsider (e.g., 2005 late filing penalty).<br>• For each penalty charge, explain why you believe it should be reconsidered.<br>• Sign your statement, and mail it to us.<br>We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s). |

Continued on back...



Department of the Treasury
Internal Revenue Service
Cincinnati OH  45999-0039

For assistance, call:
1-800-829-0115

**Notice Number:** CP134B
**Date:** July 1, 2013

**Taxpayer Identification Number:**
26-2792900
**Tax Form:** 941
**Tax Period:** March 31, 2013

007132.342097.0024.001 2 SP 0.480 1020



CREATIVE GROUP ACQUISITION
601 BROADWAY 10TH FL
NEW YORK    NY    10019

007132

## FTD/Estimated Payments Discrepancy Notice - Balance Due

### Why We Are Writing You
We found that the amount credited to your account as Total Federal Tax Deposits differs from the amount reported on your tax return for the above tax period. You now have an outstanding balance on your account of $710,489.66.

### Calculation of Balance Due

| | |
|---|---:|
| Total Tax Due on Return | $634,304.23 |
| Total Federal Tax Deposits | $.00 |
| Total | $.00 |
| Unpaid | $634,304.23 |
| Penalty on unpaid amount | $72,944.97 |
| Interest on unpaid amount | $3,240.46 |
| **Balance Due Amount** | **$710,489.66** |

Penalties: $72,944.97

### 03 Penalty for Not Making a Proper Federal Tax Deposit $63,430.41

We charged a penalty because you did not make a proper tax deposit. Common reasons why we charge this penalty are:



007132

- You did not deposit your tax on time
- You did not deposit enough tax
- You paid your tax directly to IRS
- You deposited your tax to an unauthorized financial institution
- You did not deposit your tax electronically, as required by law

If you disagree with this penalty, see "Removal of Penalties" in this notice. For information about depositing taxes, see Publication 15 (Circular E), Employer's Tax Guide; or Publication 51 (Circular A), Agricultural Employer's Tax Guide.

*(Internal Revenue Code section 6656)*

The table below shows how we figured your penalty. We multiplied the rate times the amount due.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|---|---|---|---|---|---|---|
| 02/01/2013 | Not Paid | | | 10% | 45,710.07 | 4,571.01 |
| 02/01/2013 | Not Paid | | | 10% | 45,498.69 | 4,549.87 |
| 02/01/2013 | Not Paid | | | 10% | 44,551.02 | 4,455.10 |
| 02/01/2013 | Not Paid | | | 10% | 43,987.70 | 4,398.77 |
| 02/06/2013 | Not Paid | | | 10% | 47,032.31 | 4,703.23 |
| 02/13/2013 | Not Paid | | | 10% | 49,912.66 | 4,991.27 |
| 02/21/2013 | Not Paid | | | 10% | 49,319.14 | 4,931.91 |
| 02/27/2013 | Not Paid | | | 10% | 55,376.63 | 5,537.66 |
| 03/06/2013 | Not Paid | | | 10% | 50,444.54 | 5,044.45 |
| 03/13/2013 | Not Paid | | | 10% | 54,020.91 | 5,402.09 |
| 03/20/2013 | Not Paid | | | 10% | 55,223.72 | 5,522.37 |
| 03/27/2013 | Not Paid | | | 10% | 47,521.45 | 4,752.14 |
| 04/03/2013 | Not Paid | | | 10% | 45,705.39 | 4,570.54 |
| | | | | | Total Penalty: | 63,430.41 |

### 07 Paying Late $9,514.56

We charged a penalty because you paid your taxes late. We count part of a month as a full month. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should pay your taxes by the due date. Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

The interest rates on underpayment and overpayment of taxes are as follows:

| Periods | Percentage Rates | |
| --- | --- | --- |
| | UNDERPAYMENT | OVERPAYMENT |
| July 1, 1996 through March 31, 1998............... | 9 | 8 |
| April 1, 1998 through December 31, 1998............. | 8 | 7 |
| January 1, 1999 through March 31, 1999............. | 7 | 7 |
| April 1, 1999 through March 31, 2000............. | 8 | 8 |
| April 1, 2000 through March 31, 2001............. | 9 | 9 |
| April 1, 2001 through June 30, 2001............. | 8 | 8 |
| July 1, 2001 through December 31, 2001............. | 7 | 7 |
| January 1, 2002 through December 31, 2002............. | 6 | 6 |
| January 1, 2003 through September 30, 2003............. | 5 | 5 |
| October 1, 2003 through March 31, 2004............. | 4 | 4 |
| April 1, 2004 through June 30, 2004............. | 5 | 5 |
| July 1, 2004 through September 30, 2004............. | 4 | 4 |
| October 1, 2004 through March 31, 2005............. | 5 | 5 |
| April 1, 2005 through September 30, 2005............. | 6 | 6 |
| October 1, 2005 through June 30, 2006............. | 7 | 7 |
| July 1, 2006 through December 31, 2007............. | 8 | 8 |
| January 1, 2008 through March 31, 2008............. | 7 | 7 |
| April 1, 2008 through June 30, 2008............. | 6 | 6 |
| July 1, 2008 through September 30, 2008............. | 5 | 5 |
| October 1, 2008 through December 31, 2008............. | 6 | 6 |
| January 1, 2009 through March 31, 2009............. | 5 | 5 |
| April 1, 2009 through December 31, 2010............. | 4 | 4 |
| January 1, 2011 through March 31, 2011............. | 3 | 3 |
| April 1, 2011 through September 30, 2011............. | 4 | 4 |
| Beginning October 1, 2011............. | 3 | 3 |



007132

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly. From January 1, 1987 through December 31, 1998, the interest rate we paid on an overpayment of taxes was 1% less than the rate of interest we charged on your underpayment of taxes. Effective January 1, 1995, we pay a reduced rate of interest on corporate overpayments that exceed $10,000. This reduced rate is the short-term federal interest rate plus 1/2%.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest - Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.



007132

✂ CUT HERE ─────────────────────────────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:      Best Time to Call:
(   )_____-_____        _____AM_____PM

24

LM      201324      03070919         17141-129-70527-3

134B    Internal Revenue Service
        Cincinnati OH  45999-0039

**Amount you owe:    $710,489.66**
* You will avoid additional penalties and/or interest if we receive your full payment by July 16, 2013
☐ **Amount enclosed:**    $_____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment
☐ **Correspondence enclosed**

CREATIVE GROUP ACQUISITION
601 BROADWAY 10TH FL
NEW YORK  NY  10019

|ıı|ıı||ıll||ıll|llıı||ıı||ılıı|l|ıı|l|ıl|ıl|ıl|ılıı|ll|l|ıllı|

262792900 RA CREA 01 2 201303 670 00071048966



Department of the Treasury
Internal Revenue Service
Cincinnati OH 45999-0039



For assistance, call:
1-800-829-0115

**Notice Number:** CP134B
**Date:** July 8, 2013

**Taxpayer Identification Number:**
26-2792900
**Tax Form:** 940
**Tax Period:** December 31, 2012

008913.344632.0033.001 2 SP 0.480 1020

CREATIVE GROUP ACQUISITION
601 BROADWAY 10TH FL
NEW YORK    NY    10019

008913

## FTD/Estimated Payments Discrepancy Notice - Balance Due

### Why We Are Writing You
We found that the amount credited to your account as Total Federal Tax Deposits differs from the amount reported on your tax return for the above tax period. You now have an outstanding balance on your account of $1,561.95.

### Payments or Credits Applied

| Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|
| 04/30/2012 | FTD | $4,125.44 | 02/25/2013 | OTHER | $5,741.27 |

### Calculation of Balance Due

| | |
|---|---|
| Total Tax Due on Return | $10,443.82 |
| Total Federal Tax Deposits | $4,125.44 |
| Other Payments and Credits | $5,741.27 |
| Total | $9,866.71 |
| Unpaid | $577.11 |
| Penalty on unpaid amount | $962.19 |
| Interest on unpaid amount | $22.65 |
| **Balance Due Amount** | **$1,561.95** |



Page 1

Form 940    Tax Period: December 31, 2012

*(Internal Revenue Code section 6651)*

The table below shows how we figured your penalty. We multiplied the number of months times the monthly rate times the principal.

```
        Date     No. Months  Rate/Month    Principal         Penalty
     03/01/2013      01        4.50%       6,318.38          284.33
                                        Total Penalty:       284.33
```



### 42 Penalty for Not Making a Proper Federal Tax Deposit $631.84

008913   We charged a penalty because you did not make a proper tax deposit. Common reasons why we charge this penalty are:

- You did not deposit your tax on time
- You did not deposit enough tax
- You paid your tax directly to IRS
- You deposited your tax to an unauthorized financial institution
- You did not deposit your tax electronically, as required by law

If you disagree with this penalty, see "Removal of Penalties" in this notice. For information about depositing taxes, see Publication 15 (Circular E), Employer's Tax Guide; or Publication 51 (Circular A), Agricultural Employer's Tax Guide.

*(Internal Revenue Code section 6656)*

The table below shows how we figured your penalty. We multiplied the rate times the amount due.

```
Due Date     Pymt Date    Days Late   Pymt Type    Rate      Amt Due        Penalty
07/31/2012   Not Paid                              10%        577.11          57.71
02/01/2013   02/25/2013      24          PMT       10%      5,741.27         574.13
                                                         Total Penalty:      631.84
```

### 07 Paying Late $46.02

We charged a penalty because you paid your taxes late. We count part of a month as a full month. If you disagree with this penalty, see "Removal of Penalties" in this notice. To avoid this penalty in the future, you should pay your taxes by the due date. Even if you have an extension to file your tax return, you do not have additional time to pay your tax.

*(Internal Revenue Code section 6651 (a) (2))*

The interest rates on underpayment and overpayment of taxes are as follows:

| Periods | Percentage Rates | |
| --- | --- | --- |
| | UNDERPAYMENT | OVERPAYMENT |
| July 1, 1996 through March 31, 1998 | 9 | 8 |
| April 1, 1998 through December 31, 1998 | 8 | 7 |
| January 1, 1999 through March 31, 1999 | 7 | 7 |
| April 1, 1999 through March 31, 2000 | 8 | 8 |
| April 1, 2000 through March 31, 2001 | 9 | 9 |
| April 1, 2001 through June 30, 2001 | 8 | 8 |
| July 1, 2001 through December 31, 2001 | 7 | 7 |
| January 1, 2002 through December 31, 2002 | 6 | 6 |
| January 1, 2003 through September 30, 2003 | 5 | 5 |
| October 1, 2003 through March 31, 2004 | 4 | 4 |
| April 1, 2004 through June 30, 2004 | 5 | 5 |
| July 1, 2004 through September 30, 2004 | 4 | 4 |
| October 1, 2004 through March 31, 2005 | 5 | 5 |
| April 1, 2005 through September 30, 2005 | 6 | 6 |
| October 1, 2005 through June 30, 2006 | 7 | 7 |
| July 1, 2006 through December 31, 2007 | 8 | 8 |
| January 1, 2008 through March 31, 2008 | 7 | 7 |
| April 1, 2008 through June 30, 2008 | 6 | 6 |
| July 1, 2008 through September 30, 2008 | 5 | 5 |
| October 1, 2008 through December 31, 2008 | 6 | 6 |
| January 1, 2009 through March 31, 2009 | 5 | 5 |
| April 1, 2009 through December 31, 2010 | 4 | 4 |
| January 1, 2011 through March 31, 2011 | 3 | 3 |
| April 1, 2011 through September 30, 2011 | 4 | 4 |
| Beginning October 1, 2011 | 3 | 3 |



008913

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly. From January 1, 1987 through December 31, 1998, the interest rate we paid on an overpayment of taxes was 1% less than the rate of interest we charged on your underpayment of taxes. Effective January 1, 1995, we pay a reduced rate of interest on corporate overpayments that exceed $10,000. This reduced rate is the short-term federal interest rate plus 1/2%.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

### 19 Interest - Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.