# EXHIBIT 'D'



**New York State Department of Taxation and Finance**
ROP
Collections and Civil Enforcement Division - Offset Unit
W A Harriman Campus
Albany NY 12227-0001

Notice date: 8/14/2013

Taxpayer ID: 26-2792900

CREATIVE GROUP ACQUISITION CO.
1601 BROADWAY FL 10
NEW YORK  NY  10019-7434

# Notice of Intent to Refer Your Debt

As of the date of this notice, New York State Tax Department records indicate that you have a past due and legally enforceable New York State tax debt. This debt is eligible, pursuant to federal or state law, to be referred to the U.S. Treasury Offset Program. If we refer this debt to the U.S. Treasury, money owed to you by a federal agency may be subject to offset up to the amount of your debt. Any processing fee for offsets charged by the U.S. Treasury will also be added to the debt you owe.

Payments eligible for offset under this program include amounts paid to you by a federal agency other than tax refunds, salary, benefit payments and certain other payments.

**You have certain rights.** You have the right, **within 60 days from the date of this notice,** to pay your debt in full before we refer it. Alternatively, you have the right, within 60 days of the date of this notice, to present documentation to support any claim concerning the validity of the debt. Call us at (518) 457-5723, or write to the address above. Please write your federal employment identification number and assessment number(s) on your payment or correspondence.

Acceptable defenses include, but are not limited to the following:

1. You have paid the debt.
2. You are not the business identified as the debtor in this notice.
3. The debt has been discharged through bankruptcy.
4. The debtor is currently in bankruptcy.

If you are currently on an **Installment Payment Agreement:**

If you're paying your New York tax debt with an installment payment agreement, we'll apply any payment that we collect from a federal agency to what you owe.
- Continue to make payments in accordance with your payment agreement. **It is not necessary for you to call us.**
- Any federal offset payments will reduce the amount you owe under the agreement.

If you take none of the actions mentioned above within 60 days, we will refer the debt to the Treasury Offset Program. You will continue to accrue applicable penalty and interest charges. For payment options, see our *Make a payment* web page at *www.tax.ny.gov.*

DTF-452 (3/13)                5DA3 - 2140635    P0003057 - 01

| Tax type | Period ending | Assessment number | Current tax due | Current interest | Current penalty | Balance due |
|---|---|---|---|---|---|---|
| WT | 12/31/2012 | L-039184299-8 | 4,285.02 | 182.62 | 342.77 | 4,810.41 |
| WT | 12/31/2012 | L-039342787-7 | 94,159.62 | 4,619.14 | 12,240.70 | 111,019.46 |
| WT | 3/29/2013 | L-039491048-7 | 0.00 | 65.19 | 1,728.53 | 1,793.72 |

**New York State Department of
Taxation and Finance**

Civil Enforcement-Region 4A
W A Harriman Campus
Albany NY 12227-0001

Date: 08/26/13

Warrant ID: E-031920843-W005-3

# Important - Read Carefully

E-031920843-2
CREATIVE GROUP ACQUISITION CO.
1601 BROADWAY FL 10
NEW YORK, NY  10019-7434

**Failure to make full payment will result in the immediate enforcement of this warrant.**

**The filing of a tax warrant is a matter of public record on file at your County Clerk's office and the Department of State, and it may be included in New York State government listings accessible via the Internet.**

## Explanation and instructions

Enclosed is a copy of a tax warrant that has been filed against you. Please read the following carefully:

In accordance with New York State Tax Law, an employee of the Collections and Civil Enforcement Division has filed the enclosed tax warrant against you with the Department of State and in the indicated County Clerk's Office because you failed to pay your outstanding tax liability. The filed warrant is equivalent to a money judgment under the Civil Practice Law and Rules and is a matter of public record. The Department of Taxation and Finance may enforce this warrant **by seizing and selling your real and personal property. This includes, but is not limited to, seizing money from your bank accounts and seizing any motor vehicles that you may own. Your wages are also subject to garnishment, which means that up to 10% of your salary can be taken to satisfy the tax debt.**

Unless full payment is made, the warrant remains as a judgment against you for 20 years. It is a lien against any real property (for 10 years, unless renewed) or personal property you may own now or acquire in the future. This means that you could experience difficulty in selling your home or other property in the future, and you may be required to use any proceeds from such a sale to satisfy the tax debt. This warrant may hinder your ability to obtain loans or financing for purchases, and it may negatively affect your credit rating.

This judgment will be satisfied if you pay the total amount due (as indicated on the warrant) plus any additional penalty and/or interest that has accrued since the issuance of this warrant. To ensure proper credit to your account, refer to the instructions on the enclosed *Payment Document*. **You should make payment immediately to avoid additional collection actions.**

When we receive full payment, we will notify the Department of State and the County Clerk that the liability has been paid in full and the judgment is satisfied. The Department of State will remove the judgment from their records and the County Clerk will record the satisfaction in the judgment docket. Recording the satisfaction will remove the lien against your real or personal property for this warrant. We will notify you of the date on which the County Clerk records satisfaction.

If you have any questions regarding this warrant, please call: **(518) 457-5434**

*(Continued on back)*

DTF-977-TP (4/11)    WDP0001861 2281700

## Notice to Judgment Debtor

Money or property belonging to you may have been taken or held to satisfy a judgment filed against you. Read this carefully.

**You may be able to get your money or property back.**

State and federal laws exempt certain money or property from being taken to satisfy judgments. The following is a partial list of money which may be exempt:

1. Supplemental security income (SSI)
2. Social security
3. Public assistance (welfare)
4. Alimony or child support
5. Unemployment benefits
6. Disability benefits
7. Workers' compensation benefits
8. Public or private pensions
9. Veterans' benefits
10. 90% of your wages or salary earned in the last 60 days
11. Railroad retirement benefits
12. Black lung benefits

Certain other kinds of property which cannot be taken or seized by the Tax Department to pay your tax debt are:

**Personal property**

1. All stoves and necessary fuel therefor for 60 days; one sewing machine and attachments;
2. The family bible, pictures, and school books and other books, not exceeding $50 in value, kept and used as part of the family library;
3. A seat or pew in a place of public worship;
4. Domestic animals with the necessary animal food for 60 days, provided that the total value of all does not exceed $450; all necessary food for the use of the judgment debtor or family for 60 days;
5. All wearing apparel, household furniture, one refrigerator, one radio receiver, one television set, crockery, tableware, and cooking utensils;
6. A wedding ring; a watch not exceeding $35 in value;
7. Working tools and implements necessary to the carrying on of the judgment debtor's profession or calling, including those of a mechanic, farm machinery, team, professional instruments, furniture and library, not exceeding $600 in value, together with the necessary food for the team for 60 days;
8. A lawsuit to recover damages for taking or injuring personal property where that personal property is itself exempt property;
9. A money judgment arising from a lawsuit described in *8* above, and the money recovered as a result of that judgment for one year after the collection thereof;
10. All property while held in trust for a judgment debtor where the trust has been created by, or the fund so held in trust has proceeded from, a person other than the judgment debtor;
11. All trusts, custodial accounts, annuities, insurance contracts, monies, assets, or interests established as part of, and all payments from, either any trust or plan, which is qualified as an individual retirement account under section 408 or section 408A of the United States Internal Revenue Code (IRC) of 1986, as amended, or a Keogh (HR-10), retirement, or other plan established by a corporation, which is qualified under section 401 of the United States IRC of 1986, as amended, or created as a result of rollovers from such plans pursuant to sections 402(a)(5), 403(a)(4), or 408(d)(3) of the IRC of 1986, as amended, are exempt property. Additions to such plans made within certain periods of time, and additions which are fraudulent transfers are not exempt;
12. 90% of the income from a trust described in *10* above and 100% of the income from a trust described in *11* above;
13. Rights under a qualified domestic relations order as defined in section 414(p) of the IRC of 1986, as amended;
14. The pay and bounty of a non-commissioned officer, musician, or private in the armed forces of the United States or the State of New York; a land warrant, pension, or other reward granted by the United States, or by a state, for services in the armed forces; a medal, emblem, or device of any kind presented as a testimonial for services rendered in the armed forces of the United States or of a state; and the uniform, arms, and equipment which were used by a person in the service;

*(Continued on next page)*

15. 90% of any money or debt due or to become due to the judgment debtor for the sale of milk produced on a farm operated by him and delivered for his account to a milk dealer licensed pursuant to Article 21 of the Agriculture and Markets Law;

16. Money deposited as security for the rental of a home for the judgment debtor or the judgment debtor's family; and money deposited as security with a gas, electric, water, steam, telegraph, or telephone corporation, or a municipality rendering equivalent utility services, for services to the judgment debtor's home or the home of the judgment debtor's family;

17. The following property, unless a court determines it is unnecessary for the reasonable requirements of the judgment debtor and his dependents:

    A. any and all medical and dental accessions to the human body and all personal property or equipment that is necessary or proper to maintain or assist in sustaining or maintaining one or more major life activities or is utilized to provide mobility for a person with a permanent disability; and

    B. any guide dog, service dog, or hearing dog, or any animal trained to aid or assist a person with a permanent disability and actually being so used by such person, together with any and all food or feed for any such dog or other animal;

18. The right of a judgment debtor to accelerate payment of part or all of the death benefit or special surrender value under a life insurance policy, or to enter into a viatical settlement;

19. College choice tuition savings program trust fund payment monies in an account created pursuant to Article 14-a of the Education Law;

20. Shares of members of savings and loan associations to the amount of $600; exhibits at international exhibitions held under the supervision of the United States; property of soldier's monument corporations; proceeds of certain life insurance policies payable to one not the judgment debtor; proceeds of certain health insurance and annuity policies;

21. Seamen's wages and clothing;

22. Annuities under the Railroad Retirement Act;

23. Claims for crop insurance indemnities.

**Real property**

1. Property of one of the following types, not exceeding $50,000 in value above liens and encumbrances, owned and occupied as a principal residence (commonly described as the homestead exemption;

    A. a lot of land with a dwelling thereon,

    B. shares of stock in a cooperative apartment corporation,

    C. units of a condominium apartment, or

    D. a mobile home;

2. The $50,000 homestead exemption described in *1* above continues after the death of the judgment debtor, for the benefit of the surviving spouse and surviving children until the youngest surviving child reaches 18 and until the death of the surviving spouse;

3. Money not exceeding $50,000 paid to a judgment debtor and representing his or her interest in the proceeds of the sale of the property described in *1* above, for 1 year after payment;

4. Land, set apart as a family or private burying ground, upon the following conditions only:

    A. a portion of it must have been actually used for that purpose,

    B. it must not exceed in extent 1/4 of an acre, and

    C. it must not contain any building or structure, except one or more vaults or other places of deposit for the dead, or mortuary monuments.

If you think that any of your money or property that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment. You may contact the Tax Department at the telephone number on the front of this notice.

Also, **you may consult an attorney, including a legal aid attorney, if you qualify.** New York Civil Practice Law and Rules, Article 4, sections 5239 and 5240 provides a procedure for determination of a claim to an exemption.



**New York State Department of**
**Taxation and Finance**
Civil Enforcement - Region 4A
W A Harriman Campus
Albany NY 12227-0001

 

**Warrant**



**Commissioner of Taxation and Finance**
against

**Judgment Creditor**

CREATIVE GROUP ACQUISITION CO.
TRADING AS
CREATIVE GROUP
1601 BROADWAY FL 10
NEW YORK, NY 10019-7434

**Judgment Debtor**

**Last Known Address**

**Warrant ID:**
E-031920843-W005-3

**County of Judgment:**
NEW YORK

**Article of Tax Law:**
22/30

**The people of the state of New York to:** M PAUL-MOLIERE
an officer or employee of the Department of Taxation and Finance: **Whereas,** a tax has been found due to the Commissioner of Taxation and Finance of the **state of New York** imposed by the above noted Article of Tax Law from the debtor named, the nature and amount of which, together with the interest and penalties thereon, are as follows:

| Assessment ID | Period Ending | Tax | Penalty | Interest | Assessment Total |
|---|---|---|---|---|---|
| L-039491048-7 | 03/29/13 | $ 0.00 | $ 1,728.53 | $ 63.73 | $ 1,792.26 |
|  |  |  |  | **Total amount due** ➤ | $ 1,792.26 |

**And whereas,** said tax, interest and penalties now remain wholly unpaid;

**Now therefore, we command you** to file a copy of this warrant within five days after its receipt by you in the office of the clerk of the county named above, for entry by him in the judgment docket, pursuant to the provisions of the Tax Law.

**And we further command you,** that you satisfy said claim of said **Commissioner of Taxation and Finance** for said tax with penalties and interest out of the real and personal property in said county belonging to said debtor and the debts due to him at the time when said copy of this warrant is so docketed in the office of the clerk of such county or at any time thereafter; and that only the property in which said debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; and return this warrant and pay the money collected, to the Commissioner of Taxation and Finance of the state of New York.

**Levy and collect** total amount due shown above plus accrued interest and any additional penalties provided by law.

Current interest rate   7.50 % per year on $1,792.26    from   AUGUST 10, 2013
The interest rate may vary according to the Tax Law.

**Warrant** received at 9 o'clock A.M. on

DOCKETED DATE: 8/13/13         Issued
                                By _____    for the Commissioner
DTF-977 (7/95)    WDP0001863 2281700        Deputy Tax Commissioner     of Taxation and Finance

**New York State Department of**
**Taxation and Finance**

OPTS-PrompTax
W A Harriman Campus
Albany NY 12227-0001

# NOTICE AND DEMAND for Payment of Tax Due

DATE: 07/31/13
ASSESSMENT ID: L-039837462-9
**TOTAL AMOUNT DUE: $8,550.00**
**PAYMENT DUE DATE: 08/21/13**

CREATIVE GROUP ACQUISITION CO.
1601 BROADWAY FL 10
NEW YORK, NY  10019-7434

TAXPAYER ID: B-26-2792900-9
TAX TYPE: Withholding
DTF CONTROL NUMBER: W2005444530

### TAXPAYER'S COMPLETE LEGAL NAME
CREATIVE GROUP ACQUISITION CO.

### EXPLANATION AND INSTRUCTIONS

Refer to the COMPUTATION SECTION and COMPUTATION SUMMARY SECTION of this notice for the tax period(s) affected, the reason(s) for the amount due and a computation of the balance due.

**IF YOU AGREE**
- To pay the amount due: go online at www.tax.ny.gov, or call (518) 457-5434, or mail us your payment with the enclosed Payment Document.

**IF YOU DISAGREE**
- The notice of taxpayer rights explains your options, including your right to formally protest this bill.

  **NOTE:** **TO PRESERVE YOUR RIGHT TO FURTHER REVIEW, YOU MUST REPLY TO THIS NOTICE BY 10/29/13.**
  If you do not reply by this date, appropriate collection action will be taken.
  : To avoid additional interest and/or penalty from accruing, pay the total amount due by the payment due date, 08/21/13. Additional penalty may include penalty for failure to pay tax required to be shown on a return, imposed by section 685(a)(3) of the Tax Law.

  **NOTICE: YOU MAY BE BILLED FOR ADDITIONAL WITHHOLDING TAX LIABILITIES FOR THIS QUARTER.**

If you have any questions about this notice, call (518) 457-5434. We will ask for your Taxpayer ID. For written inquiries, include your Taxpayer ID.

DTF-966.1 (1/02)   TBP0004037 2051700   Keep this notice for your records.

## COMPUTATION SECTION

TAX PERIOD ENDED DATE: 12/31/12
  RETURN FILED: NYS-45/45ATT    FILE DUE DATE: 01/31/13    DATE RECEIVED: 03/04/13

Penalty is imposed under section 685(h)(1) for failure to file the required annual wage and tax information relating to individual employees on Form NYS-45/NYS-45-ATT by the January 31 due date. The penalty is computed at $50 times the number of employees up to a maximum of $10,000.

|                                      |          |
|--------------------------------------|---------:|
| Tax Per Taxpayer:                    | 0.00     |
| Tax Per Dept of Tax & Finance:       | 0.00     |
| Timely Payments/Credits:             | 0.00     |
| Late Payments:                       | 0.00     |
| Amount Previously Assessed/Refunded: | 0.00     |
| BALANCE:                             | 0.00     |
| Tax Amount Assessed:                 | 0.00     |
| Interest Amount Assessed:            | 0.00     |
| Penalty Amount Assessed:             | 8,550.00 |
| Assessment Payments/Credits:         | 0.00     |
| Current Balance Due:                 | 8,550.00 |

## COMPUTATION SUMMARY SECTION

| Tax Period Ended | Tax Amount Assessed | (+) Interest Amount Assessed | (+) Penalty Amount Assessed | (−) Assessment Payments/ Credits | (=) Current Balance Due |
|---|---:|---:|---:|---:|---:|
| 12-31-12 | 0.00 | 0.00 | 8,550.00 | 0.00 | 8,550.00 |
| TOTALS | 0.00 | 0.00 | 8,550.00 | 0.00 | 8,550.00 |

NOTE: To view the current balance of any unpaid tax bills, access our Web site at www.tax.ny.gov/online.

DTF-966.1C (1/02)                                            Keep this notice for your records.



**New York State Department of Taxation and Finance**

Date: 07/31/13

**Consolidated Statement of Tax Liabilities**

If you have any questions, please call (518) 457-5434.

L-039837462-9
CREATIVE GROUP ACQUISITION CO.

This is a statement of your tax liabilities, including the liability(ies) referred to in the enclosed NOTICE AND DEMAND for Payment of Tax Due.

Each liability listed below is identified by an Assessment ID. Use the enclosed Payment Document to make payment on these liabilities.

Recent adjustments, credits or payments may not be included on this Statement. Also, a payment may have been applied to multiple assessments.

This Consolidated Statement summarizes your tax liabilities with New York State under this account. If you have ever used more than one taxpayer identification number for tax reporting purposes, you may owe additional New York State tax liabilities.

NOTE: To view the current balance of any unpaid tax bills, access our Web site at www.tax.ny.gov/online.

THE FOLLOWING LIABILITIES ARE SUBJECT TO COLLECTION ACTION AND THE ACCRUAL OF ADDITIONAL PENALTY AND/OR INTEREST. To avoid such collection action and additional accruals, they must be paid immediately.

| Tax Type | Assessment ID | Tax Period Ended | Tax Amount Assessed | (+) Interest Amount Assessed | (+) Penalty Amount Assessed | (-) Assessment Payments/ Credits | (=) Current Balance Due |
|---|---|---|---|---|---|---|---|
| WITHLD | L-038984055-1 | 09/30/12 | 88,802.26 | 6,044.48 | 12,359.64 | 2,075.86 | 105,130.52 |
| MCTMT | L-039184299-8 | 12/31/12 | 4,285.02 | 169.79 | 321.35 | 0.00 | 4,776.16 |
| WITHLD | L-039342787-7 | 12/31/12 | 94,159.62 | 4,323.39 | 11,769.91 | 0.00 | 110,252.92 |
| WITHLD | L-039491048-7 | 03/29/13 | 0.00 | 60.41 | 1,728.53 | 0.00 | 1,788.94 |
| | | | | | | TOTAL $ | 221,948.54 |

THE FOLLOWING LIABILITIES HAVE BEEN DETERMINED TO BE DUE. They should be paid promptly in order to avoid the accrual of additional penalty and/or interest charges.

| Tax Type | Assessment ID | Tax Period Ended | Tax Amount Due | (+) Interest Amount Due | (+) Penalty Amount Due | (-) Assessment Payments/ Credits | (=) Current Balance Due |
|---|---|---|---|---|---|---|---|
| WITHLD | L-039837462-9 | 12/31/12 | 0.00 | 0.00 | 8,550.00 | 0.00 | 8,550.00 |
| | | | | | | TOTAL $ | 8,550.00 |

DTF-967 (2/11)   TBP0004038 2051700

Keep this statement for your records.



August 16, 2013

Attention: Therese Levine
Creative Group Acquisition Co.
1601 Broadway Floor 10
New York, NY 10019

RE: Account #'s 16003667, 16003675, 16003683 & 16003832

TIN: 26-2792900

Dear Ms. Levine:

This is to inform you that we received a Tax Compliance Levy from the NYS Department of Taxation & Finance against Creative Group Acquisition Co, on August 16, 2013. A First & Final Demand in the sum of $221,630.55 been filed against the account numbers listed above.

We intend to comply with the Tax Compliance Levy and make payment from your account for the amount specified in the levy to the COMMISSIONER OF TAXATION & FINANCE, if we do not hear from you promptly.

Please note that you owe us $125.00, which is the Bank's processing fee for legal items.

For further information, please review the enclosed copy of the Tax Compliance Levy.

Sincerely,

*[signature]*

Santo L. Gaudio
First Vice President



New York State Department of
**Taxation and Finance**

NYS AR LEVY RECEIVABLES
P O BOX 4137
BINGHAMTON, NY 13902-4137

**Tax Compliance Levy**
**First and Final Demand**

Levy ID: E-031920843-L008-1
Taxpayer ID: 26-2792900

## The judgment creditor is the state of New York, or any of its agencies or municipal corporations, AND/OR the debt enforced is for child support, spousal support, maintenance or alimony.

COMMUNITY NATIONAL BANK
200 MIDDLE NECK ROAD
GREAT NECK   NY   11021-1125

Garnishee

If you have any questions, please call: (518) 457-5434

Under authority of the Tax Law of the State of New York and Section 5232(a) of the Civil Practice Laws and Rules in the matter of the **Commissioner of Taxation and Finance of the State of New York**, Judgment Creditor - against:   CREATIVE GROUP ACQUISITION CO.
TRADING AS
CREATIVE GROUP
1601 BROADWAY FL 10
NEW YORK NY 10019-7434

Judgment Debtor(s)

Accounts listed herein and any others which exist:

| Warrant ID | County | Date Docketed | Original Warranted Amount | Current Balance Due |
|---|---|---|---|---|
| E-031920843-W004-8 | NEW YORK | 6/18/13 | $ 113,433.43 | $ 115,806.06 |
| E-031920843-W003-4 | NEW YORK | 4/30/13 | 101,786.37 | 105,824.49 |
| | | **Total Amount Due, Owing and Unpaid** ➤ | $ | 221,630.55 |

It appears that you are indebted to the above named judgment debtor(s) or that you are in possession or custody of property not capable of delivery which you know or have reason to believe that the judgment debtor(s) has(have) an interest.

You are required by Section 5232(a) of the Civil Practice Laws and Rules to **immediately transfer to the undersigned all personal property not capable of delivery in which the judgment debtor(s), not deceased, is(are) known or believed to have an interest now in or hereafter coming into your possession or custody** as may be necessary to satisfy the total amount due as set forth herein including all debts now or coming due from you to the judgment debtor(s) together with any other lawful additions including fees, costs and expenses of this levy, if any, to execute any documents necessary to affect such transfer or payment; and to comply with any and all further provisions of such section.

Dated: 8/12/13
Signature: _____

Name: S MILSTEIN
Title: For Deputy Tax Commissioner

☐ No open account
☐ All exempt funds
☐ Restricted/Turnover required (acct. bal.$_____)
☐ Payment enclosed
☐ No account balance
☐ Other (attach explanation)

(Make check or money order payable to the **Commissioner of Taxation and Finance.** Enter the Levy ID indicated above on the payment.)

Acknowledgment of Service

Signature _____
Date _____ Time _____

DTF-981 (8/11)   AJP0000534  2241700

E031920843L0081

Please refer to the back of this form for additional information and mailing instructions.

# Tax Compliance Levy
## Additional Information

Pursuant to the provisions of the Tax Law, the warrant(s) listed on the front constitute(s) a judgment in favor of the Commissioner of Taxation and Finance against the judgment debtor(s) named (whose last known address is also indicated) and the officer or employee of the Department of Taxation and Finance, whose signature appears on the front of this form, has all the rights and powers of a sheriff.

The Commissioner of Taxation and Finance **commands** any duly authorized officer or employee of the Department of Taxation and Finance to satisfy the warrant(s) out of the real and personal property in which the judgment debtor(s), not deceased, has(have) an interest or any debts owed to said judgment debtor(s). A notice to this(these) judgment debtor(s) substantially in the form set forth in CPLR 5222(e) was served upon the judgment debtor(s) within a year prior to the service of this levy.

Warrants filed pursuant to the Tax Law constitute perfected liens against real and personal property of the judgment debtor(s) against whom the warrants are issued. This levy serves as notice of the existence of such liens. No extension of levy is required to maintain the effectiveness of these liens.

Fold here

**Please be sure that:**

- You check the applicable box on the front and indicate the payment amount enclosed, if any.

- You sign the Acknowledgment of Service section and indicate the date and time.

Fold here

**Return one copy of this form to the address below.**

NYS AR LEVY RECEIVABLES
P O BOX 4137
BINGHAMTON, NY 13902-4137

DTF-981 (8/11) (back)

# NEW YORK STATE DEPARTMENT OF LABOR
## UNEMPLOYMENT INSURANCE DIVISION

**The judgment creditor is the state of New York, or any of its agencies or municipal corporations, AND/OR the debt enforced is for child support, spousal support, maintenance or alimony.**

COMMISSIONER OF LABOR      Judgment Creditor
                                           Against

**CREATIVE GROUP ACQUISITION CO**      Judgment Debtor

SPECIFICATION & LEVY Pursuant to Civil Practice Law and Rules, Sections 5230 and 5232, subd. (a)

TO:    **JP Morgan Chase, Garnishee**
        **Court Orders and Levies Dept**
        **PO Box 183164**
        **Columbus, OH 43218**

BY VIRTUE of warrant(s) issued by the Commissioner of Labor of the State of New York, pursuant to Section 573, Subdivision 2 of Article 18 of the Labor Law in favor of the Commissioner of Labor of the State of New York and against the judgment debtor:

**CREATIVE GROUP ACQUISITION CO**      E.R. No 48-74030 7     FEIN Number: 26-2792900

whose last known address is    **1601 BROADWAY 10TH FL NEW YORK, NY 10019**

filed with the Clerk(s) of the following County(ies) on the date(s) and in the amount(s) as listed below:

| County | Date | Amount |
|---|---|---|
| NEW YORK | 6/11/2013 | $70,708.56 |

and there is presently due and owing the sum of **$69,835.86** and interest of **$1,501.18** for a total of **$71,337.04** and interest accruing at the rate of $23.04 per day from 6/27/2013 to the date of payment and to me directed and delivered, and under all the rights and powers conferred upon and invested in me and under and by reason of Section 5232, subd. (a) of the Civil Practice Law and Rules of the State of New York, I HEREBY LEVY upon the interest of the judgment debtor in personal property not capable of delivery, now in or which may come into your possession or custody, and all debts now or hereafter owed by you to the judgment debtor, consisting of the personal property or debt more particularly described below:

**Bank accounts, deposits, notes, and/or other evidences of indebtedness due or to become due to the above named judgment debtor**

TAKE NOTICE that only the property in which a named judgment debtor who is not deceased has an interest, or the debts owed him, is subject to this levy and a sale thereunder.

_____
UI Employer Compliance Representative
STATE OFFICE CAMPUS, B-12, RM 256
ALBANY, NY 12240-0356
(800) 528-9126

TO   **Cory Shimkus, UI Employer Compliance Representative, Albany County.**    BY VIRTUE of this execution and specification, you are hereby directed to levy upon the interest of the judgment debtor in personal property not capable of delivery, now in or which may hereafter come into the possession or custody of JP Morgan Chase, Garnishee and all debts now or hereafter owed by the said Garnishee to the judgment debtor, consisting of the personal property or debt more particularly described above.

Signed, sealed, and issued at   ALBANY New York, the 27th day of June, 2013

COMMISSIONER OF LABOR

BY _____
UNEMPLOYMENT INSURANCE DIVISION

Pursuant to the provision of CPLR, § 5232, subd. (a), any person served with this specification and levy shall forthwith transfer all such property, and pay all such debts upon maturity, to the UI Employer Compliance Representative and execute any document necessary to effect the transfer or payment. Until such transfer or payment is made, or until the expiration of ninety days after the service of the execution upon the Garnishee, or of such further time as is provided by any order of the court served upon the Garnishee, whichever event first occurs, the Garnishee is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the UI Employer Compliance Representative, upon direction of the UI Employer Compliance Representative or pursuant to an order of the court.

**CHECKS SHOULD BE MADE PAYABLE TO: N.Y.S. UNEMPLOYMENT INSURANCE**
**JUDGMENT DEBTOR - PLEASE SEE ATTACHED NOTICE**





**New York State Department of**
**Taxation and Finance**
Civil Enforcement - Region 4A
W A Harriman Campus
Albany NY 12227-0001





**Commissioner of Taxation and Finance**
against

Judgment Creditor

CREATIVE GROUP ACQUISITION CO.
TRADING AS
CREATIVE GROUP
1601 BROADWAY 10TH FL
NEW YORK, NY 10019-7434

Judgment Debtor

Last Known Address

**Warrant ID:**
E-031920843-W004-8

**County of Judgment:**
NEW YORK

**Article of Tax Law:**
22/30

**The people of the state of New York to:** M PAUL-MOLIERE
an officer or employee of the Department of Taxation and Finance: Whereas, a tax has been found due to the Commissioner of Taxation and Finance of the **state of New York** imposed by the above noted Article of Tax Law from the debtor named, the nature and amount of which, together with the interest and penalties thereon, are as follows:

| Assessment ID | Period Ending | Tax | Penalty | Interest | Assessment Total |
|---|---|---|---|---|---|
| L-039342787-7 | 12/31/12 | $ 94,159.62 | $ 11,299.12 | $ 3,265.78 | $ 108,724.52 |
| L-039184299-8 | 12/31/12 | 4,285.02 | 299.93 | 123.96 | 4,708.91 |
| | | | | **Total amount due** ➤ | $ 113,433.43 |

**And whereas,** said tax, interest and penalties now remain wholly unpaid;

**Now therefore, we command you** to file a copy of this warrant within five days after its receipt by you in the office of the clerk of the county named above, for entry by him in the judgment docket, pursuant to the provisions of the Tax Law.

**And we further command you,** that you satisfy said claim of said **Commissioner of Taxation and Finance** for said tax with penalties and interest out of the real and personal property in said county belonging to said debtor and the debts due to him at the time when said copy of this warrant is so docketed in the office of the clerk of such county or at any time thereafter; and that only the property in which said debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; and return this warrant and pay the money collected, to the Commissioner of Taxation and Finance of the state of New York.

**Levy and collect** total amount due shown above plus accrued interest and any additional penalties provided by law.

Current interest rate   7.50 % per year on $113,433.43     from   JUNE 15, 2013
The interest rate may vary according to the Tax Law.

**Warrant** received at 9 o'clock A.M. on

DOCKETED DATE: 6/18/13                    Issued By _____     _____ for the Commissioner
DTF-977 (7/95)        WDP0002167 1721700           Deputy Tax Commissioner            of Taxation and Finance