# EXHIBIT 'E'



## CT Lien Solutions

a Wolters Kluwer Business

KRISTIN DREHER
Columbus-IF Team 1
4400 Easton Commons Way,
Suite 125
Columbus OH 43219
(800) 713-0710 Ext.3299
kristin.dreher@wolterskluwer.com

# Search Results

TODD DUFFY
CASH ACCOUNT
SEE REQUEST
HOUSTON TX

Order #: 39379218 / 3
Customer #: 3220 / --
Date: 08/14/2013
Reference 1: Creative Group Acquisition Co
Reference 2: --

**Target Name:** Creative Group Acquisition Co

**Jurisdiction:** NY, New York County
**Search Type:** Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment Lien Search

**Fixture Filings:**     **Searched:** 5 Years     **Searched Through:** 08/06/2013
**Results:** No Records Found     **Office:** City Register

**Federal Tax Lien:**     **Searched:** 10 Years     **Searched Through:** 08/06/2013
**Results:** No Records Found     **Office:** City Register

**State Tax Lien:**     **Searched:** 10 Years     **Searched Through:** 08/06/2013
**Results:** 6 Copies Provided     **Office:** County Clerk

| File # | File Date | Type of Filing | Party |
| --- | --- | --- | --- |
| 003136944-01 | 08/13/2013 | State Tax Lien | NY State Dep"t of Taxation and Finance |
| 003100525-01 | 04/30/2013 | State Tax Lien | NY State Dep"t of Taxation and Finance |
| 001857810-01 | 06/01/2004 | State Tax Lien | NY State Dep"t of Taxation and Finance |

**Judgment Lien:**     **Searched:** 10 Years     **Searched Through:** 08/06/2013
**Results:** 1 Copy Provided     **Office:** County Clerk

| File # | File Date | Type of Filing | Party |
| --- | --- | --- | --- |
| 003114231-01 | 06/11/2013 | Industrial Commission | Commissioner of Labor State of New York |

**Disclaimers:** --
**Comments:**
    --

This report contains information compiled from sources which CT Lien Solutions considers reliable, but does not control. Information provided is non-certified unless otherwise indicated. CT Lien Solutions in no way undertakes or assumes any part of the customer's business, legal or similar risks, and does not guarantee the accuracy, completion or timeliness of the information provided, and shall not be liable for any losses or injuries whatever resulting from any contingency beyond its control, or from negligence, regardless of the cause. The categorization of filings is provided for the convenience of the customer and is not to be construed as a legal opinion concerning the status of the filings.

Case 13-12258-KJC    Doc 18-5    Filed 09/06/13    Page 3 of 9

```
          *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 08/13/2013                   TYPE: ST   NY STATE TAX WARRANT
          TIME: 10:00:00                    COUNTY: 31  NEW YORK
EFFECTIVE DATE: 08/10/2013                   COURT:
          TIME: 10:00:00                    TOTAL DEBTORS: 02   UPDATED: N
CLERK/SEQ #   :  NYSTAX    135            INDEX NUMBER: E0319208430005
              *** DEBTOR/CORPORATION ***
NAME    FORMAT C  : CREATIVE GROUP ACQUISITION CO.
   ADDRESS    NUMBER: 1601     STREET: BROADWAY FL 10
              CITY : NEW YORK          NY    ZIP CODE: 10019   7434
   OCCUPATION       :
                    *** CREDITOR ***
NAME    FORMAT C  : NY STATE DEP'T OF TAXATION AND FINANCE
   ADDRESS    NUMBER:          STREET:
              CITY :                          ZIP CODE: 00000

           AMOUNT:       $1792.26
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

```
          *** DOCKETING DATA ***              *** SOURCE DOCUMENT ***
DOCKETING DATE: 04/30/2013                 TYPE: ST   NY STATE TAX WARRANT
         TIME: 10:00:00                 COUNTY: 31   NEW YORK
EFFECTIVE DATE: 04/27/2013                 COURT:
         TIME: 10:00:00                 TOTAL DEBTORS: 02   UPDATED: N
CLERK/SEQ #     : NYSTAX    130         INDEX NUMBER: E0319208430003
               *** DEBTOR/CORPORATION ***
NAME   FORMAT C  : CREATIVE GROUP ACQUISITION CO.
   ADDRESS  NUMBER: 1601    STREET: BROADWAY 10TH FL
            CITY : NEW YORK          NY   ZIP CODE: 10019    7434
   OCCUPATION    :
               *** CREDITOR ***
NAME   FORMAT C  : NY STATE DEP'T OF TAXATION AND FINANCE
   ADDRESS  NUMBER:         STREET:
            CITY :                      ZIP CODE: 00000

         AMOUNT:    $101786.37
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

```
USER:  NEWYORK                                              DATE: 08/13/2013
TERM:  PI24         JUDGMENT DOCKET AND LIEN BOOK SYSTEM    TIME: 11:23:29
                            REMARKS INQUIRY                 LAST PAGE: 0001
BOOK TYPE: 01                                    CONTROL NUMBER: 001668716 - 01

DATE                              REMARKS
02242003 WARRANT # 7312880
```

PRESS: PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

```
      *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
DOCKETING DATE: 06/01/2004              TYPE: ST   NY STATE TAX WARRANT
        TIME: 10:00:00                  COUNTY: 31   NEW YORK
EFFECTIVE DATE: 05/26/2004              COURT:
        TIME: 10:00:00                  TOTAL DEBTORS: 01   UPDATED: N
CLERK/SEQ #   : NYSTAX     280          INDEX NUMBER: E0042110670001
              *** DEBTOR/CORPORATION ***
  NAME   FORMAT C  : SBH INTIMATES, INC.
    ADDRESS   NUMBER: 1411     STREET: BROADWAY 8FL
        CITY  : NEW YORK         NY    ZIP CODE: 10018   3496
    OCCUPATION    :
                   *** CREDITOR ***
  NAME   FORMAT C  : NY STATE DEP'T OF TAXATION AND FINANCE
    ADDRESS   NUMBER: 55     STREET: HANSON PLACE
        CITY  : BROOKLYN NY           ZIP CODE: 11217   1579

        AMOUNT:       $11011.62
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

```
USER:  NEWYORK3                                                    DATE: 08/13/2013
TERM:  PI24            JUDGMENT DOCKET BOOK INQUIRY                TIME: 11:38:41
              CONTROL NUMBER : 003116624 - 01

     *** DOCKETING DATA ***           *** SOURCE DOCUMENT ***
DOCKETING DATE: 06/18/2013                   TYPE: ST   NY STATE TAX WARRANT
          TIME: 10:00:00                     COUNTY: 31   NEW YORK
EFFECTIVE DATE: 06/15/2013                   COURT:
          TIME: 10:00:00                     TOTAL DEBTORS: 02   UPDATED: N
CLERK/SEQ #   : NYSTAX    180                INDEX NUMBER: E0319208430004
              *** DEBTOR/CORPORATION ***
   NAME   FORMAT C  : CREATIVE GROUP ACQUISITION CO.
       ADDRESS  NUMBER: 1601     STREET: BROADWAY 10TH FL
              CITY  : NEW YORK           NY   ZIP CODE: 10019   7434
   OCCUPATION         :
                    *** CREDITOR ***
   NAME   FORMAT C  : NY STATE DEP'T OF TAXATION AND FINANCE
       ADDRESS  NUMBER:          STREET:
              CITY  :                         ZIP CODE: 00000

              AMOUNT:        $113433.43
   INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```

BOOK TYPE: 01                                    CONTROL NUMBER: 003116624 - 01

DATE                              REMARKS
06182013 CREATIVE GROUP ACQUISITION CO. TRADING AS CREATIVE GROUP
06182013 1601 BROADWAY 10TH FL

PRESS: PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, CLEAR- RESHOW

```
USER: NEWYORK         NEWYORK COUNTY CLERKS OFFICE NEW YORK         DATE: 08/13/2013
TERM: PI24                JUDGMENT DOCKET BOOK INQUIRY              TIME: 11:38:36
              CONTROL NUMBER : 003114231 - 01

       *** DOCKETING DATA ***          *** SOURCE DOCUMENT ***
  DOCKETING DATE: 06/11/2013            TYPE: IC   INDUSTRIAL COMMISSIO
            TIME: 09:00:00              COUNTY: 31   NEW YORK
  EFFECTIVE DATE: 05/29/2013            COURT:
            TIME: 09:00:00              TOTAL DEBTORS: 01   UPDATED: N
  CLERK/SEQ #   : AMORRIS   060         INDEX NUMBER:
                       *** DEBTOR/CORPORATION ***
    NAME    FORMAT C  : CREATIVE GROUP ACQUISITION CO
       ADDRESS   NUMBER: 1601      STREET: BROADWAY 10TH FLOOR
                 CITY  : NY NY               ZIP CODE: 10019   7434
    OCCUPATION          :
                            *** CREDITOR ***
    NAME    FORMAT C  : COMMISSIONER OF LABOR STATE OF NEW YORK
       ADDRESS   NUMBER: - - -    STREET: DEPARTMENT OF LABOR
                 CITY  : ALBANY NY             ZIP CODE: 12240

         AMOUNT:        $70708.56
  INTERIM DISPOSITION:
ENTER CONTROL NUMBER FOR NEXT INQUIRY
PRESS: PF1- HELP, PF2- CANCEL INQUIRY PF8- 2ND PAGE DATA, ENTER- INQUIRE RECORD
```