IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Creative Group Acquisition Co.,<br><br>Debtor. | Chapter 11<br>Case No. 13-12258 (KJC) |
| In re<br><br>Creative Payment Processing, Inc.<br><br>Debtor. | Chapter 11<br>Case No. 13-12298 (KJC) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
FOR SEPTEMBER 9, 2013 AT 1:00 P.M.**

MATTERS GOING FORWARD

1. Emergency Motion to Prohibit Use of Cash Collateral filed by Community National Bank [D.I. 9, filed 9/5/13]

   Response Deadline: Pursuant to the Court's Order Granting Motion to Shorten Notice Period in Connection with Emergency Motion to Prohibit Use of Cash Collateral, objections may be raised at the time of the hearing.

   Related Documents:

   (a) Motion to Shorten Notice Period in Connection with Emergency Motion to Prohibit Use of Cash Collateral [D.I. 9, filed 9/5/13]

   (b) Exhibit(s) A through F to Emergency Motion to Prohibit Use of Cash Collateral [D.I. 12, filed 9/5/13]

   (c) Order Granting Motion of Community National Bank for an Order Shortening Notice Period in Connection with Emergency Motion to Prohibit Use of Cash Collateral [D.I. 13, filed 9/5/13]

   (d) Notice of (I) Emergency Motion to Prohibit Use of Cash Collateral and (II) Order Shortening Notice and Hearing Thereon. (related document(s)9, 10, 13) Filed by Community National Bank [D.I. 17, filed 9/5/13]

   Responses Filed: None to date.

   Status: This matter is going forward.

2. Debtors' Motion For Entry Of Interim And Final Orders (A) Authorizing The Use Of Cash Collateral, (B) Granting Adequate Protection To Lien Holders And (C) Scheduling A Final Hearing [D.I. 18, filed 9/6/13]

Response Deadline: Time of hearing.

Related Documents: None.

Responses Filed: None to date.

Status: This matter is going forward.

Dated: Wilmington, Delaware
September 6, 2013

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
913 N. Market Street, 10th Floor
Wilmington, Delaware 19801
Tel: (302) 426-5800

and

DUFFYAMEDEO LLP
Todd E. Duffy
Douglas A. Amedeo
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5831

*Proposed Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CREATIVE GROUP ACQUISITION CO.,<br>*et al.,*<br><br>_____ Debtor. | Case No: 13-12258 (KJC)<br>Chapter 11 |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served via FedEx and/or first-class mail, postage prepaid upon all of those parties on the attached service list.

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael G. Busenkell*
Michael G. Busenkell (No. 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Ph: 302-425-5812 / Fax: 302-425-5814
mbusekell@gsbblaw.com
*Attorneys for the Debtor*

| | | |
|---|---|---|
| **Creative Group**<br>TOP 20 CREDITORS and 2002 LIST | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Internal Revenue Service<br>Department of the Treasury<br>2970 Market Street<br>Philadelphia, PA 19104 |
| Nicholas F. Kajon<br>STEVENS & LEE, P. C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Antonia M. Donohue<br>JASPAN SCHLESINGER LLP<br>300 Garden City Plaza<br>Garden City, New York 11530 | J. Jason Teele<br>LOWENSTEIN SANDLER LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Christopher P. Simon<br>Kevin Mannon<br>CROSS & SIMON, LLC<br>913 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | Signature Bank<br>565 Fifth Avenue<br>New York, NY 10017 | Times Square JV LLC<br>BOX 512417<br>Philadelphia, PA 19175 |
| Shiela Nivens<br>C/O Trokie Landau, LLP<br>11 Martine Ave., 12 TH fLOOR<br>White Plains, NY 10606 | New York State Dept. Of Tax And Fin<br>OPTS-PropTAX W.A.<br>Harriman Campus<br>Albany, NY 12227-0001 | Sydney Koch<br>455 E. 86th Street, Unit 37B<br>New York, NY 10028 |
| Taylor & Taylor Associates<br>16 East 40th Street<br>New York, NY 10016 | New York State Dept. Of Labor<br>State Office Campus<br>B-12 RM 256<br>Albany, NY 12240-0356 | LEAF SALTZMAN MANGANELLI PFEIL<br>310 Passaic Avenue<br>Fairfied, NJ 07004 |
| CHLIC<br>P.O. Box 64456<br>Pittsburgh, PA 15264 | CON EDISON<br>JAF STATION<br>NEW YORK, NY 10116-1702 | Cablevision Lightpath, Inc.<br>PO Box 360111<br>Pittsburgh, PA 15251 |
| Donnelly Mechanical Corp.<br>96-59 222nd Street<br>Queens Village, NY 11429 | Tax Collector, City of Bristol<br>Tax Collector<br>Bristol, CT 06011 | Greenberg Traurig, LLP<br>2450 Colorado Avenue<br>Santa Monica, CA 90404 |
| EMPRESS MEDIA INC.<br>306 WEST 38TH STREET<br>New York, NY 10018 | RDA Robert Derector Associates<br>19 W 44th St.<br>New York, NY 10 | Herring & Associates<br>8 Angela's Way<br>Goshen, NY 10924 |
| Chase Card Services<br>PO Box 15153<br>Wilmington, DE 19886 | AZZURRO HD LLC<br>260 UNION STREET<br>Northvale, NJ 07647 | Maria Aprile Sawczuk<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| IRS<br>Department of the Treasure<br>Internal Revenue Service<br>Holtsville, NY 11742-0480 | NY Department of Tax and Finance<br>Collections – Offset Unit<br>W A Harriman Campus<br>Albany NY 12227-0001 | New York State Department of Taxation<br>and Finance<br>NYS AR Levy Receivables<br>PO Box 4137<br>Binghamton, NY 13902-4137 |

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Services<br>Ogden UT  84201-0039 | Department of the Treasury<br>Internal Revenue Services<br>CCP-LU  S. Irizarry<br>110 West 44th Street<br>New York, NY  10036 | New York State<br>Unemployment Insurance<br>PO Box 4301<br>Binghamton, NY  13902-4301 |
| Department of the Treasury<br>Internal Revenue Services<br>Cincinnati, OH  45999-0039 | New York State Department of Labor<br>State Campus Office<br>B-12 RM 25<br>Albany, NY  12240-0356 | U.S. Department of Justice<br>Office of the Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 |