# EXHIBIT 1

*FrNAL*

*Financial Statements*

# CREATIVE GROUP ACQUISITION CO.

June 30, 2011

**CREATIVE GROUP ACQUISITION CO.**
**YEAR ENDED**
**JUNE 30, 2011**

CONTENTS

| | Page |
|---|---|
| Independent Auditors' Report | 1 |
| Statements of Financial Position | 2 |
| Statements of Income and Retained Earnings (Accumulated Deficit) | 3 |
| Statements of Comprehensive Income | 4 |
| Statements of Cash Flows | 5 |
| Notes to Financial Statements | 6 – 17 |
| Supplementary Information | |
| Independent Auditors' Report on Supplementary Information | 18 |
| Cost of Sales | 19 |
| General and Administrative Expenses | 19 |



**Leaf, Saltzman, Manganelli, Pfeil & Tendler, LLP**
CERTIFIED PUBLIC ACCOUNTANTS

D. J. Saltzman
A. D. Manganelli
M. H. Tendler
M. A. Fortunato
L. Miele
P. K. Engel
S. D. Hagaman
L. R. Leaf
W. F. Murphy

## INDEPENDENT AUDITORS' REPORT

Creative Group Acquisition Co.

To The Stockholders and Board of Directors

We have audited the accompanying statements of financial position of Creative Group Acquisition Co. as of June 30, 2011 and 2010, and the related statements of income and retained earnings (accumulated deficit), comprehensive income, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Creative Group Acquisition Co. as of June 30, 2011 and 2010, and the results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

*Leaf, Saltzman, Manganelli, Pfeil & Tendler, LLP*

Certified Public Accountants

Fairfield, New Jersey
September 23, 2011

1

CREATIVE GROUP ACQUISITION CO.
STATEMENTS OF FINANCIAL POSITION
AT

|  | JUNE 30, | |
|---|---|---|
|  | 2011 | 2010 |
| **ASSETS** | | |
| Current Assets | | |
| Cash | $ 141,264 | $ 52,043 |
| Accounts receivable, net of allowance | | |
| for doubtful accounts of $127,000 - 2011 and $154,000 - 2010 | 4,327,823 | 3,750,625 |
| Prepaid expenses and other current assets | 286,098 | 268,503 |
| Total Current Assets | 4,755,185 | 4,071,171 |
| Other Assets | | |
| Property and equipment, net of accumulated depreciation | 9,100,783 | 11,847,057 |
| Deferred financing costs, net of accumulated amortization | | |
| of $157,316- 2011 and $101,916- 2010 | 119,809 | 152,904 |
| Capitalized project costs | 3,724,519 | 2,030,954 |
| Security deposits | 60,746 | 29,911 |
| Deferred income taxes | 123,000 | 292,000 |
| Total Other Assets | 13,128,857 | 14,352,826 |
|  | $ 17,884,042 | $ 18,423,997 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current Liabilities | | |
| Note payable - line of credit, current portion | $ 1,380,078 | $ 538,635 |
| Current portion of long-term debt (Senior) | 1,920,000 | 1,680,000 |
| Current portion of long-term debt (Subordinated) | 912,500 | 912,500 |
| Obligations under capital lease - current portion | 397,527 | 389,125 |
| Accounts payable | 1,523,766 | 1,286,593 |
| Accrued expenses | 885,298 | 603,843 |
| Deferred revenue | 566,138 | 308,100 |
| Total Current Liabilities | 7,585,307 | 5,718,796 |
| Other Liabilities | | |
| Note payable - line of credit, non-current portion | - | 480,000 |
| Long-term debt - net of current portion (Senior) | 1,900,000 | 3,360,000 |
| Obligations under capital lease - net of current portion | 241,484 | - |
| Long-term debt (subordinated) | 1,825,000 | 2,737,500 |
| Other non-current liabilities | 207,865 | 149,334 |
| Obligation under interest rate swaps | 259,000 | 467,000 |
| Total Other Liabilities | 4,433,349 | 7,193,834 |
| Total Liabilities | 12,018,656 | 12,912,630 |
| Stockholders' Equity | | |
| Preferred stock (Series A), no par value | 6,240,000 | 6,240,000 |
| Common stock, no par value - 100,000 shares authorized, | | |
| 10,000 shares issued and outstanding | 10,000 | 10,000 |
| Accumulated deficit | (240,614) | (506,633) |
| Accumulated other comprehensive loss on hedging activities, | | |
| net of deferred income taxes | (144,000) | (232,000) |
| Total Stockholders' Equity | 5,865,386 | 5,511,367 |
|  | $ 17,884,042 | $ 18,423,997 |

The accompanying notes are an integral part of these financial statements.

CREATIVE GROUP ACQUISITION CO.
STATEMENTS OF INCOME AND RETAINED EARNINGS (ACCUMULATED DEFICIT)
FOR THE YEARS ENDED

|  | JUNE 30, | |
|  | 2011 | 2010 |
|---|---|---|
| Sales | $ 21,725,062 | $ 20,458,433 |
| Cost of sales | 13,754,264 | 13,554,969 |
| Gross profit | 7,970,798 | 6,903,464 |
| General and administrative expenses | 2,937,608 | 3,406,376 |
| Income before other income (expense) and provision for (reduction of) income taxes | 5,033,190 | 3,497,088 |
| Other Income (Expense) | | |
| Interest expense | (661,074) | (762,953) |
| Depreciation and amortization | (3,980,515) | (3,768,038) |
| Other income (expense) | (1,516) | 5,696 |
| Subtotal | (4,643,105) | (4,525,295) |
| Income (loss) before provision for (reduction of) income taxes | 390,085 | (1,028,207) |
| Provision for (reduction of) income taxes | | |
| Current | 75,066 | 14,619 |
| Deferred | 49,000 | (298,000) |
| Total provision for (reduction of) income taxes | 124,066 | (283,381) |
| Net income (loss) | 266,019 | (744,826) |
| Retained earnings (accumulated deficit) - beginning | (506,633) | 238,193 |
| Accumulated deficit - end | $ (240,614) | $ (506,633) |

The accompanying notes are an integral part of these financial statements.

3

CREATIVE GROUP ACQUISITION CO.
STATEMENTS OF COMPREHENSIVE INCOME
FOR THE YEARS ENDED

|  | JUNE 30, | |
| --- | --- | --- |
|  | **2011** | **2010** |
| Net income (loss) | $ 266,019 | $ (744,826) |
| | | |
| Other Comprehensive Income | | |
|   Unrealized Gain on Hedging Activities | | |
|     Unrealized gain arising during the year | | |
|     from interest rate contracts, | | |
|     net of income taxes of | | |
|     $120,000 - 2011 and $23,000 -2010 | 88,000 | 21,000 |
| | | |
| Total comprehensive income (loss) | $ 354,019 | $ (723,826) |

CREATIVE GROUP ACQUISITION CO.
STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED

|  | JUNE 30, | |
|---|---|---|
|  | 2011 | 2010 |
| **Cash Flows From Operating Activities** |  |  |
| Net income (loss) | $ 266,019 | $ (744,826) |
| **Adjustments To Reconcile Net Income (Loss) To Net Cash** |  |  |
| **Provided By Operating Activities** |  |  |
| Depreciation | 3,925,115 | 3,717,080 |
| Amortization | 55,400 | 50,958 |
| Provision for (reduction of) deferred income taxes | 49,000 | (298,000) |
| (Increase) Decrease in: |  |  |
| Accounts receivable | (577,198) | 443,703 |
| Prepaid expenses and other current assets | (4,362) | 20,935 |
| Capitalized project costs paid | (1,693,565) | (1,826,822) |
| Security deposits | (30,835) | 14,508 |
| Increase (Decrease) in: |  |  |
| Accounts payable | 237,173 | 815,589 |
| Accrued expenses | 281,455 | (176,097) |
| Deferred revenue | 258,038 | 59,198 |
| Other non-current liabilities | 58,531 | 70,245 |
| Total Adjustments | 2,558,752 | 2,891,297 |
| Net Cash Provided By Operating Activities | 2,824,771 | 2,146,471 |
| **Cash Flows From Investing Activities** |  |  |
| Purchase of property and equipment | (647,050) | (824,407) |
| Advances paid on balance due from officers, net of proceeds | (13,233) | (33,854) |
| Net Cash Used in Investing Activities | (660,283) | (858,261) |
| **Cash Flows From Financing Activities** |  |  |
| Proceeds from line of credit, net of payments | 1,061,443 | 813,726 |
| Deferred financing costs paid | (22,305) | - |
| Repayment of long term debt | (2,832,500) | (1,680,000) |
| Repayment of obligations under capital lease | (281,905) | (461,180) |
| Net Cash Used In Financing Activities | (2,075,267) | (1,327,454) |
| Net increase (decrease) in cash | 89,221 | (39,244) |
| Cash - beginning | 52,043 | 91,287 |
| Cash - end | $ 141,264 | $ 52,043 |
| **Supplemental Information:** |  |  |
| Interest paid during period | $ 648,782 | $ 767,816 |
| Income taxes paid during period | $ 18,164 | $ 14,619 |
| Supplementary Schedule of Non-Cash Investing and Financing Activities: |  |  |
| Notes payable - line of credit balance transferred to long term debt | $ 700,000 | $ - 0 - |
| Equipment acquired and financed directly by obligations under capital lease | $ 531,791 | $ - 0 - |

The accompanying notes are an integral part of these financial statements.                 5

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

## NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Nature of Operations:*

Creative was formed under the laws of the State of Delaware in April 2008, and is primarily engaged in providing editing and graphic post-production services for the commercial, corporate, cable and home entertainment markets ("post-production services"). The Company is also presently producing an animated short film but has not yet completed the project and begun to recognize the revenue. In addition, Creative's geographic market for its services is primarily in the New York Metropolitan area. Additionally, see Note 18, which discusses the Company's limited operations in China.

*Use of Estimates:*

The preparation of financial statements in accordance with accounting principles generally accepted in the United States of America ("GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, and disclosure of contingent assets and liabilities at the dates of the financial statements and reported amounts of revenue and expenses during the reporting periods. Actual results could differ from those estimates.

Estimates particularly susceptible to significant change relate to the valuation of the derivative "obligation under interest rate swaps" and the recognition and amount, if any, of a valuation allowance for the deferred income tax asset relating to net operating losses available for carryforward. Management obtains the valuation of the obligation under interest rate swaps derivative from the bank, which derives the valuation entirely from a proprietary model that uses certain forecast assumptions, the completeness and accuracy of which are subject to uncertainty. In addition, the deferred income taxes asset may be subject to offset by a valuation allowance based on managements' assessment of the likelihood that all available net operating losses are likely to be used in the future and this assessment is subject to change, possibly within the near-term, based on projections of future taxable income.

*Revenue Recognition:*

The Company's revenue is derived from two primary services provided by the Company: production services and post-production services. Post-production service revenue is recognized at the time the services are provided. Production service revenues are recognized from a sale or licensing arrangement after the completion of the project, as it is delivered.

*Accounts Receivable and Deferred Revenue:*

The Company carries its accounts receivable at cost less an allowance for doubtful accounts. On a periodic basis, the Company evaluates its accounts receivable and establishes an allowance for doubtful accounts, based on a history of past write-offs and collections and current credit conditions. In addition, the Company does not generally charge interest on past due accounts, and accounts are generally written off as uncollectible if no payments are received within a reasonable period after they have been turned over for collection. An account is considered past due based either on contractual terms or payment history.

In addition, post-production service revenue earned but not billed is included in the accounts receivable balance presented in the statement of financial position. At June 30, 2011 and

6

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

*Accounts Receivable and Deferred Revenue (Continued)*:

2010, such unbilled balances included in accounts receivable approximate $1,053,000 and $495,000, respectively.

Deferred revenue arises when billings exceed progress toward completion on certain post production projects.

*Property and Equipment and Depreciation*:

Property and equipment are stated at cost. Depreciation is provided using the straight line method over the estimated useful lives of the assets.

Repairs and maintenance that do not improve or extend the lives of the property and equipment are charged to expense as incurred.

The Company reviews its property and equipment for impairment whenever events or changes in circumstances indicate that the carrying value of an asset may not be recoverable in accordance with generally accepted accounting principles. Recoverability of assets held and used is measured by a comparison of the carrying amount of an asset to undiscounted expected cash flows. Future events could cause the Company to conclude that impairment indicators exist and that property and equipment may be impaired.

*Deferred Financing Costs*:

Deferred financing costs, consisting of loan acquisition costs associated with long-term debt are subject to straight-line amortization over the terms of the related financing agreements. Amortization of deferred financing costs amounted to $55,400 and $50,958 for the years ended June 30, 2011 and 2010, respectively.

*Capitalized Project Costs*:

Costs related to viable projects not yet completed or delivered at the statement of financial position date are capitalized and then expensed as revenues are recognized after completion and delivery of the project. Impairment is recognized to the extent capitalized costs exceed the estimated fair value of the project when events or circumstances arise that, in management's judgment, impair the ultimate revenue recognition of the project.

*Compensated Absences*:

The Company does not provide for the carryover of unused vacation or sick time past the statement of financial position date and, accordingly, an accrual was not required at June 30, 2011 and 2010.

*Income Taxes*:

The Company has adopted the provisions for uncertainty in income taxes which require the recognition of an uncertain tax liability when there is uncertainty as to whether the relevant tax authorities will accept the tax positions taken in open tax returns or for not filing tax returns in the past where the Company has nexus with a tax jurisdiction.

7

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)
*Income Taxes (Continued):*

At the statement of financial position dates management has determined that no such liability is required. In addition, management continually evaluates expiring statutes of limitations, audits, proposed settlements, changes in tax law and new authoritative rulings.

The Company files tax returns in the U.S. federal jurisdiction, two states and one locality. All Company tax years are open because the Company's initial tax year was June 30, 2008. No federal, state or local income tax returns are presently under examination by the relevant taxing authorities. In addition, the Company's policy is to classify, if any, interest accrued on unrecognized tax benefits with interest expense, and penalties within general and administrative expenses.

The net deferred income taxes asset arises from the following: net operating losses ("NOL's") available for future periods offset by a valuation allowance when the likelihood of the use of the NOL's is considered less likely than not; the accumulated other comprehensive loss on hedging activities which is a temporary deductible difference; offset by the temporary taxable difference in the balance of accumulated depreciation.

*Derivatives and Fair Value Measurements (See Notes 8 and 9):*

The Company uses interest rate swap contracts as a cash flow hedge to eliminate the cash flow exposure of interest rate movements on variable rate debt, and adopted "Accounting for Derivative Instruments and Hedging Activities", as prescribed by GAAP, to account for its interest rate swap contracts. As a result of adopting "Accounting for Derivative Instruments and Hedging Activities", the carrying amount of the swaps are recognized at fair value at the statement of financial position dates and any gain or loss resulting from this adjustment is reported as other comprehensive gain or loss.

In addition, the Company also adopted GAAP pertaining to "Fair Value Measurements and Disclosures" that defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. These provisions apply to the Company's "obligation under interest rate swaps", which are presented at fair value.

*Date of Management's Review:*

The Company has evaluated all subsequent events through September 23, 2011 the date the financial statements were available to be issued.

*Reclassification:*

Certain amounts in the prior year financial statements have been reclassified for comparative purposes to conform with the presentation in the current year financial statements.

NOTE 2 – SIGNIFICANT CONCENTRATIONS OF CREDIT RISK

The Company primarily maintains its cash balances in U.S. domestic bank deposit accounts, which, at times, may exceed Federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash deposited in such accounts. In addition, as discussed in Note 18, a small balance of cash is deposited in an account located in China that is not insured.

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 2 – SIGNIFICANT CONCENTRATIONS OF CREDIT RISK (CONTINUED)

Credit risk for trade accounts is concentrated as well because substantially all of the balances are receivable from entities located within the same geographic region. To reduce credit risk, the Company performs ongoing credit evaluations of its customers' financial conditions, but does not generally require collateral. In addition, at June 30, 2011 and 2010, four customers accounted for approximately 66% and 60%, respectively, of the total accounts receivable.

NOTE 3 – MAJOR CUSTOMERS

During the years ended June 30, 2011 and 2010, two customers accounted for approximately 51% and one customer accounted for 40% of total sales, respectively.

NOTE 4 – BALANCE DUE FROM OFFICERS

The balance due from officers, included in the balance of "prepaid expenses and other current assets" reported at June 30, 2011 and 2010 on the statements of financial position, approximates $118,000 and $105,000, respectively, is not subject to interest, and is scheduled to be repaid within the near-term - $100,000 of the balance at June 30, 2011 was repaid July 2011.

NOTE 5 – PROPERTY AND EQUIPMENT AND DEPRECIATION EXPENSE

Property and equipment consist of the following at June 30:

|  | 2011 | 2010 | Estimated Useful Lives |
|---|---|---|---|
| Equipment | $14,485,522 | $ 13,522,672 | 5 years |
| Software and computer equipment | 2,771,586 | 2,730,140 | 3 years |
| Furniture and fixtures | 824,221 | 813,157 | 7 years |
| Leasehold improvements | 475,828 | 312,200 | 3 - 5 years |
|  | 18,557,157 | 17,378,169 |  |
| Less: accumulated depreciation | 9,456,374 | 5,531,112 |  |
| Total | $ 9,100,783 | $ 11,847,057 |  |

Depreciation expense amounted to $3,925,115 and $3,717,080 for the years ended June 30, 2011 and 2010, respectively. In addition, leasehold improvements are amortized over the lesser of their estimated useful lives or the terms of the related leases.

9

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

## NOTE 6 – DEFERRED INCOME TAXES

The net deferred income taxes asset at June 30 consists of the following components:

| 2011 | Total | Federal | State | Local |
|---|---|---|---|---|
| Deferred income taxes asset arising from available net operating losses | $ 1,812,000 | $ 1,170,000 | $ 332,000 | $ 310,000 |
| Deferred income taxes asset created by other comprehensive loss on hedging activities | 115,000 | 74,000 | 21,000 | 20,000 |
| Deferred income taxes liability created by taxable temporary differences regarding accumulated depreciation | ( 1,804,000) | ( 1,164,000) | ( 331,000) | ( 309,000) |
| Total net deferred income taxes asset | $ 123,000 | $ 80,000 | $ 22,000 | $ 21,000 |

| 2010 | Total | Federal | State | Local |
|---|---|---|---|---|
| Deferred income taxes asset arising from available net operating losses | $ 2,619,000 | $ 1,767,000 | $ 457,000 | $ 395,000 |
| Deferred income taxes asset created by other comprehensive loss on hedging activities | 235,000 | 159,000 | 41,000 | 35,000 |
| Deferred income taxes liability created by taxable temporary differences regarding accumulated depreciation | ( 2,562,000) | ( 1,729,000) | ( 447,000) | ( 386,000) |
| Total net deferred income taxes asset | $ 292,000 | $ 197,000 | $ 51,000 | $ 44,000 |

## NOTE 7 – NOTE PAYABLE – LINE OF CREDIT

The Company has a line of credit with a financial institution for $5,000,000 subject to a borrowing base (based on the balance of accounts receivable) amounting to $2,390,992 at June 30, 2011. At June 30, 2011, $1,380,078 has been drawn on this line. In addition, the line of credit is secured by all assets of the Company, including accounts receivable. At June 30, 2010, $1,018,635 had been drawn on this line, of which $700,000 was refinanced on July 15, 2010 into the senior debt discussed in Note 8. The classification of the $1,018,635 drawn at June 30, 2010 as $538,635 current and $480,000 non-current is based on the maturity period of the refinanced portion.

10

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 8 – LONG-TERM DEBT (See Notes 9 and 13)

Note payable – Senior debt - On June 30, 2008, the Company entered into a term loan agreement with a financial institution in the original amount of $8,400,000 to finance a portion of the Creative Group acquisition that was funded on July 1, 2008. The loan matures June 30, 2013, and had required monthly principal payments of $140,000, plus interest at the bank's prime rate plus 1% (interest rate effectively fixed at 3.95% - see swap discussion). The note is secured by all of the assets of the Company (including accounts receivable), and is subject to certain financial covenants. On July 15, 2010, the Company refinanced $700,000 of the line-of-credit discussed in Note 7 into the Senior debt. The same terms discussed above still apply after the refinancing except that the monthly principal payment required has been increased from $140,000 to $160,000.

Note payable – Subordinated debt - On June 30, 2008, the Company entered into a subordinated debt note with a financial institution in the original amount of $3,650,000 to finance a portion of the Creative Group acquisition that was funded on July 1, 2008. The note requires monthly interest payments at the bank's prime rate plus 1% (interest rate effectively fixed at 6.90% - see swap discussion). Principal payments are due in quarterly installments of $228,125, with a final payment of $1,140,625 due June 2013. The note is secured by a second lien on the property and equipment of the Company.

The Senior and Subordinate debt are subject to certain financial covenants (tangible net worth and fixed charge coverage ratio) that were satisfied by the Company at June 30, 2011 and 2010.

Long-term debt at June 30, 2011 and 2010 is summarized as follows:

| 2011 | Total | Senior | Subordinated |
|---|---|---|---|
| Total long-term debt | $ 6,557,500 | $ 3,820,000 | $ 2,737,500 |
| Current portion | 2,832,500 | 1,920,000 | 912,500 |
| Total long-term debt, net of current portion | $ 3,725,000 | $ 1,900,000 | $ 1,825,000 |

| 2010 | Total | Senior | Subordinated |
|---|---|---|---|
| Total long-term debt | $ 8,690,000 | $ 5,040,000 | $ 3,650,000 |
| Current portion | 2,592,500 | 1,680,000 | 912,500 |
| Total long-term debt, net of current portion | $ 6,097,500 | $ 3,360,000 | $ 2,737,500 |

Maturities of long-term debt at June 30, 2011, for each of the next two years and in the aggregate are as follows:

| June 30, 2012 | $ 2,832,500 |
|---|---|
| 2013 | 3,725,000 |
| | $ 6,557,500 |

The Company entered into interest rate swap contracts (on July 15, 2008 for the Senior debt and on July 10, 2008 for the Subordinated debt) related to the outstanding Senior and Subordinated debt. The interest rate swap contracts effectively convert the interest rates on the Senior and Subordinated notes from the bank's prime rate plus 1% to pay-fixed rates of 3.95% and 6.90%, respectively. Under the swap contracts, the Company pays interest at

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 8 – LONG-TERM DEBT (CONTINUED)

3.95% and 6.90%, respectively, and receives interest at a floating rate option based on LIBOR with a designated maturity of 1 month. The notional amounts under the swaps decrease as principal payments are made on the notes so that the notional amounts equal the principal outstanding under the notes ($6,557,500 at June 30, 2011). The swaps are designed to hedge the risk of changes in interest payments on the notes caused by changes in the bank's prime rate and have been designated as cash flow hedges.

The swaps were issued at market terms so that they had no fair value at their inception. The carrying amounts of the swaps have been adjusted to their fair values at June 30, 2011 and 2010, which because of changes in forecasted levels of LIBOR resulted in reporting liabilities for the fair values of the future net payments forecasted under the swaps. The total liability is classified as non-current since management does not intend to settle it within the near-term. Since the critical terms of the swaps and the notes are the same (interest rates and maturity termination dates), the swaps are assumed to be completely effective as hedges, and none of the change in their fair value is included in current income. Accordingly, the entire adjustment of the swaps' carrying amount is reported as other comprehensive gain or loss and the gain (loss) deferred in other comprehensive income will be recognized in interest expense in the same period in which the related interest on the variable rate debt affects earnings. In addition, the Company anticipates that the swap contracts will continue to be effective.

NOTE 9 – FAIR VALUE MEASUREMENTS (SEE NOTES 8 AND 13)

Fair value measurements at June 30, 2011 and 2010 consist entirely of the following liability:

| 2011 | Total | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Obligation under interest rate swaps: | $( 259,000) | $ - 0 - | $ - 0 - | $( 259,000) |

| 2010 | Total | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Obligation under interest rate swaps: | $( 467,000) | $ - 0 - | $ - 0 - | $( 467,000) |

There were no transfers between Level 1 and Level 2 during the years ended June 30, 2011 and 2010. In addition, transfers, if any, would be recognized at the end of the reporting period.

The valuation of the Company's "obligation under interest rate swap" is derived entirely from the bank's proprietary model which is based on certain financial principles and

**CREATIVE GROUP ACQUISITION CO.**
**NOTES TO FINANCIAL STATEMENTS**
**AT**
**JUNE 30, 2011 AND 2010**

## NOTE 9 – FAIR VALUE MEASUREMENTS (SEE NOTES 8 AND 13) (CONTINUED)

forecast assumptions (significant unobservable inputs) and is, accordingly, categorized as a level 3 valuation. The assumptions used in the model are believed to be reasonable, but their completeness and accuracy are subject to uncertainties inherent in such calculations, therefore, it is at least reasonably possible that the estimates used will change within the near-term.

The table below presents a reconciliation of the change in the balance of "obligation under interest rate swaps", which is a liability measured at fair value on a recurring basis using significant unobserved inputs (level 3):

|  | 2011 | 2010 |
|---|---|---|
| Beginning – July 1 | $(467,000) | $(511,000) |
| Total Gains (Losses): |  |  |
| Included in current net income | - 0 - | - 0 - |
| Included in other comprehensive income | 208,000 | 44,000 |
| Ending – June 30 | $( 259,000) | $( 467,000) |

## NOTE 10 – OBLIGATIONS UNDER CAPITAL LEASE

The payment schedule for capital leases assumed with the acquisition of the related equipment in the Creative Group acquisition originally scheduled to expire by June 30, 2011 has subsequently been restructured and extended. Twelve subsequent monthly payments to pay the balance remaining at June 30, 2011 are due without interest. All other terms of the original lease agreements remain in effect. Also, there is a penalty of approximately $29,000 imposed on the Company if any remaining installments are not paid on time. Presently, the Company is compliant with the extended payment terms.

Additionally, during the year ended June 30, 2011, the Company entered into new capital leases for equipment that expire during the years ending June 30, 2013 and 2014, and are subject to imputed interest rates that vary between 13% and 15%.

Following are total future minimum lease payments at June 30, 2011 under capital leases that are to be paid over each of the following five years:

|  |  |
|---|---|
| June 30, 2012 | $ 453,948 |
| 2013 | 246,738 |
| 2014 | 12,542 |
| 2015 | -0- |
| 2016 | -0- |
| Total minimum lease payments | 713,228 |
| Imputed interest | ( 74,217) |
| Present value of net minimum lease payments | 639,011 |
| Current portion of obligations under capital lease | 397,527 |
| Obligations under capital lease, net of current portion | $ 241,488 |

13

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

## NOTE 10 – OBLIGATIONS UNDER CAPITAL LEASE (CONTINUED)

The gross amount of assets recorded under capital leases and the related balance of accumulated depreciation at June 30 are as follows:

|  | 2011 | 2010 |
|---|---|---|
| Equipment | $ 1,852,050 | $ 1,279,977 |
| Less: accumulated depreciation | 697,196 | 383,993 |
|  | $ 1,154,854 | $ 895,984 |

Amortization of assets acquired under capitalized leases is included in depreciation expense for the years ended June 30, 2011 and 2010.

## NOTE 11 – CAPITAL STOCK

The Company is presently authorized to issue 200,000 shares of capital stock consisting of 100,000 shares of common stock and 100,000 shares of preferred stock (6,500 of which have been designated as Series A). At June 30, 2011 and 2010, the Company has 10,000 shares of common stock issued and outstanding, and 6,240 shares of preferred stock issued and outstanding (all of which have been designated as Series A preferred stock). The Series A preferred stock ranks senior to the common stock (and each other class or series to be subsequently created) with respect to dividend distributions, redemptions and distributions of assets upon liquidation. In addition, any dividends accrued with respect to the Series A preferred stock would be payable in full prior to the payment of any dividend or other distribution of other capital stock.

The Company may redeem all or any portion of the shares of Series A preferred stock upon a vote of the majority of the Board of Directors provided that the redemption is not reasonably determined to be taxable under the applicable section of the Internal Revenue Code and also provided that any partial redemption be executed on a pro rata basis.

Also, the holders of Series A preferred stock are not entitled to vote on matters submitted to a vote of the holders of common stock; however, a number of specified matters require the approval of a majority of Series A preferred stockholders.

## NOTE 12 – RENT EXPENSE AND LEASE COMMITMENTS

The Company is committed to lease various facilities (locations identified below), and headquarters located in New York, NY, under various leases that expire from 2013 to 2017. In addition, the Company leases office space in Bristol, Connecticut presently on a month-to-month basis at $4,608 per month; management intends to have the Company retain the facilities in Bristol for a minimum period of one year.

14

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 12 – RENT EXPENSE AND LEASE COMMITMENTS (CONTINUED)

Future minimum required lease payments under non-cancelable operating leases for each leased location (all located in New York City) for each of the next five years ending June 30, and in the aggregate, are as follows:

|  | 1601 Broadway | 33 West 19th Street | Times Square (Communication License) | Total |
|---|---|---|---|---|
| 2012 | 1,008,779 | 455,808 | 3,500 | 1,468,087 |
| 2013 | 1,029,444 | 486,934 | 3,500 | 1,519,878 |
| 2014 | 1,029,444 | 513,195 | -0- | 1,542,639 |
| 2015 | 1,029,444 | 539,245 | -0- | 1,568,689 |
| 2016 | 1,029,444 | 525,963 | -0- | 1,555,407 |
| Thereafter (2017) | 413,077 | -0- | -0- | 413,077 |
| Total | $ 5,539,632 | $ 2,521,145 | $ 7,000 | $ 8,067,777 |

Rent expense totaled $1,589,881 and $1,564,857 for the years ended June 30, 2011 and 2010, respectively, and is reported on the statements of income and retained earnings (accumulated deficit) as follows:

|  | 2011 | 2010 |
|---|---|---|
| Included in cost of sales | $ 1,454,881 | $ 1,419,857 |
| Included in general and administrative expenses | 135,000 | 145,000 |
| Total | $ 1,589,881 | $ 1,564,857 |

NOTE 13 – ACCUMULATED OTHER COMPREHENSIVE LOSS ON HEDGING ACTIVITY
(SEE NOTES 8 AND 9)

The balance of the accumulated other comprehensive loss on hedging activities changed as follows during the years ended June 30, 2011 and 2010:

|  | 2011 | 2010 |
|---|---|---|
| Beginning balance at July 1 | $( 232,000) | $( 253,000) |
| Other comprehensive gain | 208,000 | 44,000 |
| Provision for income taxes | ( 120,000) | ( 23,000) |
| Balance at June 30 | $( 144,000) | $( 232,000) |

15

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

**NOTE 14 – RETIREMENT PLAN**

The Company provides a deferred compensation 401(k) plan in which all eligible employees may participate. The employees may defer up to 25% of their eligible compensation up to the maximum as specified by law.

**NOTE 15 – ADVERTISING EXPENSE**

Advertising is expensed as incurred and amounted to $169,727 and $243,538 for the years ended June 30, 2011 and 2010, respectively.

**NOTE 16 – PROVISION FOR (REDUCTION OF) DEFERRED INCOME TAXES**

The components of the provision for (reduction of) deferred income taxes are as follows for the years ended June 30, 2011 and 2010:

|  | 2011 | 2010 |
|---|---|---|
| Provision for (reduction of) deferred income taxes created by change in taxable temporary difference | $( 758,000 ) | $ 229,000 |
| Use of (benefit from) net operating losses | 807,000 | (527,000) |
| Total provision for (reduction of) deferred income taxes | $ 49,000 | $ (298,000) |

**NOTE 17 – NET OPERATING LOSSES CARRYFORWARD AVAILABLE FOR FUTURE PERIODS**

At June 30, 2011, net operating losses available to be carried forward to future periods for tax purposes approximate and expire as follows:

|  | Federal | | State and Local | |
|---|---|---|---|---|
|  | Amounts | Expiration Dates | Amounts | Expiration Dates |
|  | $ 2,526,000 | 6-30-2029 | $ 2,526,000 | 6-30-2029 |
|  | 1,556,000 | 6-30-2030 | 1,556,000 | 6-30-2030 |
| Total | $ 4,082,000 | | $ 4,082,000 | |

16

CREATIVE GROUP ACQUISITION CO.
NOTES TO FINANCIAL STATEMENTS
AT
JUNE 30, 2011 AND 2010

NOTE 18 – OPERATIONS IN CHINA

Company operations outside the United States occur only in China and that only to a limited extent. During the years ended June 30, 2011 and 2010, the Company earned $1,000 and $2,000, respectively, from its operations in China while incurring approximately $276,000 and $168,000 of costs, respectively. In addition, at June 30, 2011 and 2010, total assets relating to the Chinese operations approximate $33,000 and $37,000, respectively ($5,000 and $20,000, respectively, of which is uninsured cash). Foreign currency translation gains and losses arising from the Chinese operations during the years ended June 30, 2011 and 2010 are insignificant and have been included in the Company's net income.

Foreign operations are subject to risks inherent in operating under a different legal system and political and economic environment. Among the risks are changes in existing tax laws, possible limitations on foreign investment and income repatriation, government price or foreign exchange controls, and restrictions on currency exchange.

NOTE 19 – SUBSEQUENT EVENT (SEE NOTE 10)

Subsequent to June 30, 2011, the Company restructured and extended from the original June 30, 2011 expiration date the payment schedule for the remaining balances due on the Company's capital leases assumed in the acquisition of Creative Group. The lease terms of the original lease agreements continue except that twelve subsequent equal monthly installment payments remain to pay off the outstanding balance at June 30, 2011. A penalty approximating $29,000 will be imposed on the Company if any of the remaining installments are not paid on time. Presently, the Company is compliant with the extended payment terms.

SUPPLEMENTARY INFORMATION



**Leaf, Saltzman, Manganelli, Pfeil & Tendler, LLP**
CERTIFIED PUBLIC ACCOUNTANTS

D. J. Saltzman
A. D. Manganelli
M. H. Tendler
M. A. Fortunato
L. Miele
P. K. Engel
S. D. Hagaman
L. R. Leaf
W. F. Murphy

## INDEPENDENT AUDITORS' REPORT ON
## SUPPLEMENTARY INFORMATION

Creative Group Acquisition Co.

To the Stockholders and Board of Directors

We have audited the financial statements of Creative Group Acquisition Co. as of and for the years ended June 30, 2011 and 2010, and our report thereon dated September 23, 2011 which expressed an unqualified opinion on those financial statements, appears on page 1. Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The schedules of cost of sales and general and administrative expenses are presented for purposes of additional analysis and are not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

*Leaf, Saltzman, Manganelli, Pfeil & Tendler, LLP*

Certified Public Accountants

Fairfield, New Jersey
September 23, 2011

18

CREATIVE GROUP ACQUISITION CO.
SUPPORTING SCHEDULES
FOR THE YEARS ENDED

|  | JUNE 30, | |
|  | 2011 | 2010 |
|---|---|---|
| **COST OF SALES** | | |
| Salaries | 8,526,935 | 8,306,389 |
| Payroll taxes and employee benefits | 1,098,243 | 983,717 |
| Occupancy | 1,819,966 | 1,837,722 |
| Production | 1,101,649 | 1,130,647 |
| Equipment expense | 631,596 | 616,953 |
| Travel, meals and entertainment | 500,739 | 567,136 |
| Other direct costs | 75,136 | 112,405 |
| Total Cost of Sales | $ 13,754,264 | $ 13,554,969 |
| | | |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Salaries | 938,763 | 1,320,491 |
| Payroll taxes and employee benefits | 195,828 | 190,185 |
| Insurance | 215,388 | 213,735 |
| Advertising and promotion | 190,977 | 286,538 |
| Outside services | 58,750 | 62,300 |
| Professional fees | 112,323 | 95,518 |
| Office expenses | 250,192 | 260,060 |
| Telephone | 301,227 | 265,495 |
| Bank charges | 128,586 | 116,364 |
| Occupancy | 135,000 | 145,000 |
| Auto expense | 111,365 | 114,237 |
| Repairs and maintenance | 51,283 | 46,697 |
| Travel, meals and entertainment | 125,710 | 180,449 |
| Miscellaneous expense | 106,348 | 96,217 |
| Other taxes | 15,868 | 13,090 |
| Total General and Administrative Expenses | $ 2,937,608 | $ 3,406,376 |

19