EXHIBIT 2

# Consolidated Financial Statements

## CREATIVE GROUP ACQUISITION CO. AND ITS SUBSIDIARIES

June 30, 2012

**CREATIVE GROUP ACQUISITION CO.**
**AND ITS SUBSIDIARIES**
**YEAR ENDED**
**JUNE 30, 2012**

## CONTENTS

| | Page |
|---|---|
| Independent Auditors' Report | 1 |
| Consolidated Statements of Financial Position | 2 |
| Consolidated Statements of Income and Accumulated Deficit | 3 |
| Consolidated Statements of Comprehensive Income | 4 |
| Consolidated Statements of Cash Flows | 5 - 6 |
| Notes to Consolidated Financial Statements | 7 - 23 |
| Consolidated Supplementary Information | |
|     Independent Auditors' Report on Consolidated Supplementary Information | 24 |
|     Cost of Sales | 25 |
|     General and Administrative Expenses | 25 |



**Leaf, Saltzman, Manganelli, Tendler & Miele, PLLC**
CERTIFIED PUBLIC ACCOUNTANTS

L. R. Leaf
D. J. Saltzman
A. D. Manganelli
M. H. Tendler
L. Miele
P. K. Engel
M. A. Fortunato
S. D. Hagaman
W. F. Murphy
G. Esposito

## INDEPENDENT AUDITORS' REPORT

Creative Group Acquisition Co.
and its Subsidiaries

**To The Stockholders and Board of Directors**

We have audited the accompanying consolidated statements of financial position of Creative Group Acquisition Co. and its Subsidiaries as of June 30, 2012 and 2011, and the related consolidated statements of income and accumulated deficit, comprehensive income, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Creative Group Acquisition Co. and its Subsidiaries as of June 30, 2012 and 2011, and the results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

*Leaf, Saltzman, Manganelli, Tendler & Miele, PLLC*
Certified Public Accountants

Fairfield, New Jersey
January 4, 2013

1

450 Seventh Ave., 39th Fl., NY, NY 10123
T: 212-677-5700 • F: 888-241-9895
www.nyscpafirm.com

310 Passaic Ave., Suite 301, Fairfield, NJ 07004
T: 973-808-9500 • F: 973-808-9630
www.njcpafirm.com

*Global Representation through INTEGRA ® INTERNATIONAL*

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
CONSOLIDATED STATEMENTS OF FINANCIAL POSITION
AT

|  | JUNE 30, | |
|  | 2012 | 2011 |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets | | |
| Cash | $ 136,984 | $ 141,264 |
| Accounts receivable, net of allowance | | |
| for doubtful accounts of $119,154 - 2012 and $127,367 - 2011 | 3,246,237 | 4,327,823 |
| Prepaid expenses and other current assets | 353,893 | 286,098 |
| Total Current Assets | 3,737,114 | 4,755,185 |
| Other Assets | | |
| Property and equipment, net of accumulated depreciation | 6,660,728 | 9,100,783 |
| Deferred financing costs, net of accumulated amortization | 59,788 | 119,809 |
| Film production costs | 6,267,761 | 3,724,519 |
| Goodwill | 2,807,061 | - |
| Security deposits | 139,789 | 60,746 |
| Deferred income taxes | 106,000 | 123,000 |
| Total Other Assets | 16,041,127 | 13,128,857 |
| | $ 19,778,241 | $ 17,884,042 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current Liabilities | | |
| Notes payable - lines of credit | $ 2,175,805 | $ 1,380,078 |
| Current portion of long-term debt | 2,757,273 | 2,832,500 |
| Obligations under capital lease - current portion | 260,084 | 397,527 |
| Accounts payable | 1,724,520 | 1,523,766 |
| Accrued expenses | 298,874 | 885,298 |
| Deferred revenue | 263,000 | 566,138 |
| Total Current Liabilities | 7,479,556 | 7,585,307 |
| Other Liabilities | | |
| Long-term debt - net of current portion | 7,033,048 | 3,725,000 |
| Obligations under capital lease - net of current portion | 72,423 | 241,484 |
| Other non-current liabilities | 93,000 | 207,865 |
| Obligation under interest rate swaps | - | 259,000 |
| Total Other Liabilities | 7,198,471 | 4,433,349 |
| Total Liabilities | 14,678,027 | 12,018,656 |
| Stockholders' Equity | | |
| Preferred stock (Series A), no par value | 6,240,000 | 6,240,000 |
| Common stock, no par value - 100,000 shares authorized, | | |
| 10,000 shares issued and outstanding | 10,000 | 10,000 |
| Accumulated deficit | (1,999,786) | (240,614) |
| Accumulated other comprehensive loss on hedging activities, | | |
| net of deferred income taxes | - | (144,000) |
| | 4,250,214 | 5,865,386 |
| Non-controlling interests in subsidiaries | 850,000 | - |
| Total Stockholders' Equity | 5,100,214 | 5,865,386 |
| | $ 19,778,241 | $ 17,884,042 |

The accompanying notes are an integral part of these consolidated financial statements.

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
CONSOLIDATED STATEMENTS OF INCOME AND ACCUMULATED DEFICIT
FOR THE YEARS ENDED

|  | JUNE 30, | |
|  | 2012 | 2011 |
|---|---|---|
| Sales | $ 21,793,113 | $ 21,725,062 |
| Cost of sales | 15,149,629 | 13,754,264 |
| Gross profit | 6,643,484 | 7,970,798 |
| General and administrative expenses | 3,025,670 | 2,937,608 |
| Income before other expense and provision for (reduction of) income taxes | 3,617,814 | 5,033,190 |
| Other Expense | | |
| Interest expense | (704,854) | (661,074) |
| Impairment of goodwill | (438,692) | - |
| Depreciation and amortization | (3,835,519) | (3,980,515) |
| Other expense net of other income | (443,830) | (1,516) |
| Total Other Expense | (5,422,895) | (4,643,105) |
| Income (loss) before provision for (reduction of) income taxes | (1,805,081) | 390,085 |
| Provision For (Reduction Of) Income Taxes | | |
| Current | 52,091 | 75,066 |
| Deferred | (98,000) | 49,000 |
| Total Provision For (Reduction Of) Income Taxes | (45,909) | 124,066 |
| Net income (loss) | (1,759,172) | 266,019 |
| Accumulated deficit - beginning | (240,614) | (506,633) |
| Accumulated deficit - end | $ (1,999,786) | $ (240,614) |

The accompanying notes are an integral part of these consolidated financial statements.

3

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME
FOR THE YEARS ENDED

|  | JUNE 30, | |
|  | 2012 | 2011 |
|---|---|---|
| Net income (loss) | $ (1,759,172) | $ 266,019 |
| **Other Comprehensive Income** | | |
| Unrealized Gain on Hedging Activities | | |
| Unrealized gain arising during the year from interest rate contracts, net of provision for deferred income taxes of $32,000 - 2012 and $120,000 - 2011 | 40,200 | 88,000 |
| Reclassification adjustment for activity included in income, net of provision for deferred income taxes of $83,000 | 103,800 | - |
| Total other comprehensive income | 144,000 | 88,000 |
| Total comprehensive income (loss) | $ (1,615,172) | $ 354,019 |

The accompanying notes are an integral part of these consolidated financial statements.

4

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
CONSOLIDATED STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED

| | JUNE 30, | |
| --- | --- | --- |
| | 2012 | 2011 |
| **Cash Flows From Operating Activities** | | |
| Net income (loss) | $ (1,759,172) | $ 266,019 |
| **Adjustments To Reconcile Net Income (Loss) To Net Cash** | | |
| **Provided By (Used In) Operating Activities** | | |
| Depreciation | 3,703,752 | 3,925,115 |
| Amortization | 131,767 | 55,400 |
| Impairment of goodwill | 438,692 | - |
| Provision for (reduction of) deferred income taxes | (98,000) | 49,000 |
| (Increase) Decrease in: | | |
| Accounts receivable | 1,859,414 | (577,198) |
| Prepaid expenses and other current assets | (20,560) | (4,362) |
| Film production costs paid | (2,543,242) | (1,693,565) |
| Security deposits | 4,639 | (30,835) |
| Increase (Decrease) in: | | |
| Accounts payable | (695,896) | 237,173 |
| Accrued expenses | (739,669) | 281,455 |
| Deferred revenue | (303,138) | 258,038 |
| Other non-current liabilities | (114,865) | 58,531 |
| Total Adjustments | 1,622,894 | 2,558,752 |
| Net Cash Provided By (Used In) Operating Activities | (136,278) | 2,824,771 |
| **Cash Flows From Investing Activities** | | |
| Purchase of property and equipment | (637,465) | (647,050) |
| Cash received from acquisition of Indelible | 35,423 | - |
| Advances paid on balance due from officers, net of proceeds | (30,128) | (13,233) |
| Net Cash Used in Investing Activities | (632,170) | (660,283) |
| **Cash Flows From Financing Activities** | | |
| Proceeds from line of credit, net of payments | 209,248 | 1,061,443 |
| Proceeds from long-term debt | 2,480,000 | - |
| Deferred financing costs paid | (71,746) | (22,305) |
| Repayment of long-term debt | (2,388,935) | (2,832,500) |
| Repayment of obligations under capital lease | (314,399) | (281,905) |
| Proceeds from members in non controlling interests in equity | 850,000 | - |
| Net Cash Provided By (Used In) Financing Activities | 764,168 | (2,075,267) |
| Net increase (decrease) in cash | (4,280) | 89,221 |
| Cash - beginning | 141,264 | 52,043 |
| Cash - end | $ 136,984 | $ 141,264 |
| **Supplemental Information:** | | |
| Interest paid during period | $ 704,854 | $ 648,782 |
| Income taxes paid during period | $ 52,091 | $ 18,164 |
| **Supplementary Schedule of Non-Cash Investing and Financing Activities:** | | |
| Notes payable - line of credit balance transferred to long term debt | $ - | $ 700,000 |
| Equipment acquired and financed directly by obligations under capital lease | $ - | $ 531,791 |
| Refinancing of long-term debt | $ 3,020,000 | $ - |
| Refinancing of note payable - line-of-credit | $ 2,360,000 | $ - |

The accompanying notes are an integral part of these consolidated financial statements.

5

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
CONSOLIDATED STATEMENT OF CASH FLOWS
FOR THE YEAR ENDED
JUNE 30, 2012

Acquisition of Indelible business:

| | | |
|---|---|---:|
| Goodwill | $ | (3,245,753) |
| Accounts receivable | | (777,828) |
| Other current assets | | (17,107) |
| Security deposit | | (83,682) |
| Property and equipment | | (626,232) |
| Notes payable - line-of-credit | | 586,479 |
| Long-term debt | | 3,141,756 |
| Obligation under capital lease | | 7,895 |
| Accounts payable | | 896,650 |
| Accrued expenses | | 153,245 |
| Cash received from acquisition of Indelible | $ | 35,423 |

The accompanying notes are an integral part of these consolidated financial statements.

6

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

## NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Principles of Consolidation:

The accompanying consolidated financial statements include the accounts of Creative Group Acquisition Co. ("Creative") and its two subsidiaries: Indelible Agency, LLC ("Agency"), which began operations in April 2012 and in which Creative has a 51% controlling interest, and Henry and Me Productions, LLC ("Productions"), which began operations in September 2011 and in which Creative has an 85% controlling interest. The consolidated entity is referred to as the "Company". All material intercompany balances and transactions have been eliminated in consolidation.

The minority-owned portions of Agency and Productions are presented as one separate line item in Stockholders' Equity referred to as *"non-controlling interest in subsidiaries"*. At June 30, 2012, there is no non-controlling interest balance in Agency because Creative financed the entire related acquisition and the non-controlling interest shares only in profits; however, Agency incurred a loss during the initial period. The non-controlling interest in Productions is attributable entirely to an initial contribution by the non-controlling interests as this entity had no other activity during the initial period.

### Nature of Operations:

Creative was formed under the laws of the State of Delaware in April 2008, and is primarily engaged, along with its subsidiaries, in providing editing and graphic post-production services for the commercial, corporate, cable and home entertainment markets ("post-production services"). The Company is also presently producing an animated short film but has not yet completed the project and has not begun to recognize the revenue. In addition, the Company's geographic market for its services is primarily in the New York Metropolitan area. Additionally, see Note 22, which discusses the Company's limited operations in China.

### Use of Estimates:

The preparation of financial statements in accordance with accounting principles generally accepted in the United States of America ("GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, and disclosure of contingent assets and liabilities at the dates of the financial statements and reported amounts of revenue and expenses during the reporting periods. Actual results could differ from those estimates.

Estimates particularly susceptible to significant change relate to the valuation of the derivative "obligation under interest rate swaps" (terminated prior to June 30, 2012) and the recognition and amount, if any, of a valuation allowance for the deferred income tax asset relating to net operating losses available for carryforward. The deferred income taxes asset may be subject to offset by a valuation allowance based on managements' assessment of the likelihood that all available net operating losses are likely to be used in the future and this assessment is subject to change, possibly within the near-term, based on projections of future taxable income.

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

**NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)**

*Revenue Recognition:*

The Company's revenue is derived from two primary services: production services and post-production services. Post-production service revenue is recognized at the time the services are provided. Production service revenues are recognized from a sale or licensing arrangement after the completion of the project, as it is delivered.

*Accounts Receivable and Deferred Revenue:*

The Company carries its accounts receivable at cost less an allowance for doubtful accounts. On a periodic basis, the Company evaluates its accounts receivable and establishes an allowance for doubtful accounts, based on a history of past write-offs and collections and current credit conditions. In addition, the Company does not generally charge interest on past due accounts, and accounts are generally written off as uncollectible if no payments are received within a reasonable period after they have been turned over for collection. An account is considered past due based either on contractual terms or payment history.

In addition, post-production service revenue earned but not billed is included in the accounts receivable balance presented in the statements of financial position. At June 30, 2012 and 2011, such unbilled balances included in accounts receivable approximate $310,000 and $1,053,000, respectively.

Deferred revenue arises when billings exceed progress toward completion on certain post production projects.

*Fair Value of Financial Instruments:*

At the statement of financial position dates, the Company's accounts include the following financial instruments: cash, accounts receivable, accounts payable, revolving line of credit borrowings and long-term debt. The carrying value of cash, accounts receivable and accounts payable approximate their fair value because of their short-term nature. The carrying amount of the long-term debt and revolving line of credit borrowings approximates fair value because the interest rates either fluctuate with market interest rates or approximate such rates.

*Property and Equipment and Depreciation:*

Property and equipment are stated at cost. Depreciation is provided using the straight line method over the estimated useful lives of the assets.

Repairs and maintenance that do not improve or extend the lives of the property and equipment are charged to expense as incurred.

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

*Property and Equipment and Depreciation (Continued):*

The Company reviews its property and equipment for impairment whenever events or changes in circumstances indicate that the carrying value of an asset may not be recoverable in accordance with GAAP. Recoverability of assets held and used is measured by a comparison of the carrying amount of an asset to undiscounted expected cash flows. Future events could cause the Company to conclude that impairment indicators exist and that property and equipment may be impaired.

*Film Production Costs:*

The Company capitalizes film production costs in accordance with GAAP. Film costs include costs to develop and produce films, which primarily consist of payroll and animation fees. Film costs presently consist of the costs of one film still in development, and are stated at the lower of cost or net realizable value based on anticipated total revenue (ultimate revenue). See Note 7 for additional disclosure.

*Goodwill:*

The costs in excess of net assets of businesses acquired are carried as goodwill in the accompanying statements of financial position.

GAAP requires that goodwill be tested for impairment at least annually or earlier if there are impairment indicators. The Company performs a two-step process for impairment testing of goodwill as provided by GAAP. The first step of this test, used to identify potential impairment, compares the fair value of a reporting unit with its carrying amount. The second step (if necessary) measures the amount of the impairment. The Company completed its annual impairment test on the goodwill at June 30, 2012 and recognized an impairment loss of $438,692 during the year ended June 30, 2012. The Company has noted no subsequent indicators of impairment. Changes in market conditions, among other factors, could have a material impact on these estimates.

*Deferred Financing Costs:*

Deferred financing costs, consisting of loan acquisition costs associated with long-term debt are subject to straight-line amortization over the terms of the related financing agreements. Amortization of deferred financing costs amounted to $131,767 and $55,400 for the years ended June 30, 2012 and 2011, respectively.

*Compensated Absences:*

The Company does not provide for the carryover of unused vacation or sick time past the statement of financial position date and, accordingly, an accrual was not required at June 30, 2012 and 2011.

9

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

*Income Taxes:*

The Company has adopted the authoritative guidance concerning accounting for uncertainty in income taxes. Its adoption has had no effect on the Company's financial statements. The Company accounts for uncertainty in income taxes using a recognition threshold of more-likely than not to be sustained upon examination by the appropriate taxing authority. Measurement of the tax uncertainty occurs if the recognition threshold is met. Management has determined that there were no tax uncertainties that met the recognition threshold at the statement of financial position dates, and no interest and penalties related to unrecognized tax benefits have been recognized in the Company's financial statements.

The Company files tax returns in the U.S. federal jurisdiction, two states and one locality. The Company has no open tax periods before June 30, 2008, and no federal, state or local income tax returns are presently under examination by the relevant taxing authorities. In addition, the Company's policy is to classify, if any, interest accrued on unrecognized tax benefits with interest expense, and penalties within general and administrative expenses.

The net deferred income taxes asset arises from the following: net operating losses ("NOL's") available for future periods offset by a valuation allowance when the likelihood of the use of the NOL's is considered less likely than not; the excess of deductible goodwill for tax purposes over financial statement basis goodwill and the accumulated other comprehensive loss on hedging activities not recognized for tax purposes, which are temporary deductible differences; offset by the temporary taxable difference in the financial and tax bases of accumulated depreciation.

*Derivatives and Fair Value Measurements (See Notes 11 and 12):*

The Company has used interest rate swap contracts as a cash flow hedge to eliminate the cash flow exposure of interest rate movements on variable rate debt, and adopted "Accounting for Derivative Instruments and Hedging Activities", as prescribed by GAAP, to account for its interest rate swap contracts. As a result of adopting "Accounting for Derivative Instruments and Hedging Activities", the carrying amount of the swaps have been recognized at fair value at the statement of financial position date and any gain or loss resulting from this adjustment is reported as other comprehensive gain or loss. At June 30, 2012 the Company had no such contracts.

In addition, the Company also adopted GAAP pertaining to "Fair Value Measurements and Disclosures" that defines fair value, establishes a framework for measuring fair value and expands disclosures about fair value measurements. These provisions apply to the Company's "obligation under interest rate swaps", which is presented at fair value on a recurring basis, as applicable.

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

## NOTE 1 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (CONTINUED)

*Date of Management's Review:*

The Company has evaluated all subsequent events through January 4, 2013, the date the financial statements were available to be issued.

*Reclassification:*

Certain amounts in the prior year financial statements have been reclassified for comparative purposes to conform with the presentation in the current year financial statements.

## NOTE 2 – ACQUISITION OF BUSINESS OF INDELIBLE MEDIA CORP.

*General Information About the Acquisition:*

On March 22, 2012, the Company purchased all of the operating accounts of Indelible Media Corp. ("Indelible") and then transferred the purchased accounts at their acquisition date fair value into a new entity, Indelible Agency, LLC ("Agency"), which has been consolidated into the Company's financial statements as of its inception in April 2012. Accordingly, the results of operations of the Company include those of Agency from that date forward. In addition to the acquisition of Indelible's operating accounts, and as part of the purchase of Indelible's business operations, the Company also acquired all of Indelible's outstanding preferred stock from Indelible's stockholders. The acquisition of Indelible's business was made for the purpose of expanding the Company's activities into new markets. Also, 85% of the preferred stock of Indelible Media Corp. was owned by an entity related by common management to the majority stockholder of the Company. An additional 5% of the preferred stock was owned by an individual who is a Director of the Company.

*Fair Value of Consideration:*

Consideration for the acquisition amounted to $3,245,753 in total and comprised the following (at fair value):

| | |
|---|---:|
| Promissory notes delivered | $ 2,817,109 |
| Assumption of Indelible's liabilities, net of assets | 413,164 |
| Other | 15,480 |
| Total | $ 3,245,753 |

*Goodwill:*

Goodwill in the amount of $3,245,753 was recognized in the acquisition of Indelible's business and is attributable to Indelible's strong customer base and overall reputation in the industry. The entire amount of goodwill recognized is expected to be deductible over a 15 year period for income tax purposes.

11

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 2 – ACQUISITION OF BUSINESS OF INDELIBLE MEDIA CORP. (CONTINUED)

*Recognized Amounts of Assets Acquired and Liabilities Assumed:*

The following assets and liabilities were recognized in the acquisition (at fair value):

| | |
|---|---:|
| Cash | $    35,423 |
| Accounts receivable | 777,828 |
| Other current assets | 17,107 |
| Security deposit | 83,682 |
| Property and equipment | 626,232 |
| Total assets recognized excluding goodwill | 1,540,272 |
| | |
| Notes payable – bank lines of credit | (    586,479) |
| Note payable – bank construction loan | (    119,167) |
| Notes payable – other | (    190,000) |
| Obligations under capital lease | (      7,895) |
| Accounts payable | (    896,650) |
| Other accrued expenses | (    153,245) |
| Total liabilities recognized | ( 1,953,436) |
| | |
| Total identifiable net liabilities recognized | (    413,164) |
| | |
| Non-controlling interest in Agency | - |
| | |
| Goodwill recognized in acquisition | 3,245,753 |
| | |
| Total net assets recognized in acquisition | $  2,832,589 |

Accounts receivable acquired are amounts due from customers. The gross amount due for these receivables is $777,828, none of which is expected to be uncollectible. The receivables are expected to be collected within one year from the balance sheet date.

NOTE 3 – SIGNIFICANT CONCENTRATIONS OF CREDIT RISK

The Company primarily maintains its cash balances in U.S. domestic bank deposit accounts, which, at times, may exceed federally insured limits. The Company has not experienced any losses in such accounts. The Company believes it is not exposed to any significant credit risk on cash deposited in such accounts. In addition, as discussed in Note 22, a small balance of cash is deposited in an account located in China that is not insured.

Credit risk for trade accounts is concentrated as well because substantially all of the balances are receivable from entities located within the same geographic region. To reduce credit risk, the Company performs ongoing credit evaluations of its customers' financial conditions, but does not generally require collateral. In addition, at June 30, 2012 and 2011, four customers accounted for approximately 67% and 66%, respectively, of the total accounts receivable.

12

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

## NOTE 4 – MAJOR CUSTOMERS

During the years ended June 30, 2012 and 2011, two customers accounted for approximately 67% and one customer accounted for 51% of total sales, respectively.

## NOTE 5 – BALANCE DUE FROM OFFICERS

The balance due from officers, included in the balance of "prepaid expenses and other current assets" reported at June 30, 2012 and 2011 on the statements of financial position, approximates $148,000 and $118,000, respectively, is not subject to interest, and is scheduled to be repaid within the near-term.

## NOTE 6 – PROPERTY AND EQUIPMENT AND DEPRECIATION EXPENSE

Property and equipment consist of the following at June 30:

|  | 2012 | 2011 | Estimated Useful Lives |
|---|---|---|---|
| Equipment | $ 14,904,949 | $ 14,485,522 | 5 years |
| Software and computer equipment | 3,017,736 | 2,771,586 | 3 years |
| Furniture and fixtures | 834,603 | 824,221 | 7 years |
| Leasehold improvements | 1,063,566 | 475,828 | 3 - 5 years |
|  | 19,820,854 | 18,557,157 |  |
| Less: accumulated depreciation | 13,160,126 | 9,456,374 |  |
| Total | $ 6,660,728 | $ 9,100,783 |  |

Depreciation expense amounted to $3,703,752 and $3,925,115 for the years ended June 30, 2012 and 2011, respectively.   In addition, leasehold improvements are amortized over the lesser of their estimated useful lives or the terms of the related leases.

## NOTE 7 – FILM PRODUCTION COSTS

The Company capitalizes film production costs in accordance with GAAP. Film costs include costs to develop and produce films, which primarily consist of payroll and animation fees. Film costs consist primarily of the cost of one theatrical film still in development. Related expenses incurred during the years ended June 30, 2012 and 2011, totaled $2,543,242 and $1,693,565, respectively, and have been capitalized into "film production costs" on the statements of financial position. At June 30, 2012 and 2011, the total capitalized balance amounted to $6,267,761 and $3,724,519, respectively.

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

## NOTE 8 – DEFERRED INCOME TAXES

The net deferred income taxes asset at June 30 consists of the following components:

| 2012 | Total | Federal | State | Local |
|---|---|---|---|---|
| Deferred income taxes asset arising from available net operating losses | $ 1,487,000 | $ 960,000 | $ 273,000 | $ 254,000 |
| Deferred income taxes asset created by excess of deductible goodwill for tax purposes over financial statement basis goodwill. | 98,000 | 64,000 | 16,000 | 18,000 |
| Deferred income taxes liability created by taxable temporary differences regarding accumulated depreciation | ( 1,479,000) | ( 955,000) | ( 271,000) | ( 253,000) |
| Total net deferred income taxes asset | $ 106,000 | $ 69,000 | $ 18,000 | $ 19,000 |

| 2011 | Total | Federal | State | Local |
|---|---|---|---|---|
| Deferred income taxes asset arising from available net operating losses | $ 1,812,000 | $ 1,170,000 | $ 332,000 | $ 310,000 |
| Deferred income taxes asset created by other comprehensive loss on hedging activities | 115,000 | 74,000 | 21,000 | 20,000 |
| Deferred income taxes liability created by taxable temporary differences regarding accumulated depreciation | (1,804,000) | (1,164,000) | ( 331,000) | ( 309,000) |
| Total net deferred income taxes asset | $ 123,000 | $ 80,000 | $ 22,000 | $ 21,000 |

14

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

## NOTE 9 - GOODWILL

The changes in the carrying amount of goodwill and accumulated impairment loss for the year ended June 30, 2012 follow:

|  | Gross Carrying Amount | Accumulated Impairment | Net Carrying Amount |
|---|---|---|---|
| Balance as of July 1, 2011 | $          - | $          - | $          - |
| Goodwill acquired during the year (see Note 2) | 3,245,753 | - | 3,245,753 |
| Impairment loss | - | 438,692 | ( 438,692) |
| Balance as of June 30, 2012 | $  3,245,753 | $   438,692 | $  2,807,061 |

## NOTE 10 – NOTES PAYABLE – LINES OF CREDIT (INCLUDING OUTSTANDING LETTERS OF CREDIT)

The Company has the following three lines of credit with two financial institutions for $3,000,000 in total each of which are subject to interest at the bank's prime rate plus 1%, but not less than 5%. The $2,400,000 credit line is subject to a borrowing base (based on the balance of accounts receivable) amounting to $2,220,436 at June 30, 2012. In addition, the lines of credit are secured by all assets of the Company not otherwise encumbered, including accounts receivable.

| Bank | Credit Limits | Amounts Drawn and Payable | Outstanding Undrawn Letters of Credit | Available Credit (Not Exceeding Borrowing Base) | Expiration Dates |
|---|---|---|---|---|---|
| Community National Bank | $ 2,400,000 | $ 1,770,972 | $ 326,616 | $ 122,848 | 02/28/13 |
| Community National Bank | 500,000 | 305,000 | - | 195,000 | 05/10/13 |
| Chase Bank | 100,000 | 99,833 | - | 167 | 05/31/13 |
|  | $ 3,000,000 | $ 2,175,805 | $ 326,616 | $ 318,015 |  |

15

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 11 – LONG-TERM DEBT (SEE NOTES 12 AND 17)

Long-term debt at June 30, 2012 is summarized as follows:

| Lenders | Interest Rates | Maturity Dates | Total Balance |
|---|---|---|---|
| Signature Bank | 4.25% | 1/01/2015 | $ 2,121,250 |
| Scorpion Acquisition (related by common management) | 6.00% | 3/22/2017 | 1,940,989 |
| Company Director | 6.00% | 3/22/2017 | 114,176 |
| Various individuals (Company Director/Officer) | 6.00% | 9/22/2012 | 70,000 |
| General Partner of Scorpion Capital | 6.00% | 9/22/2012 | 22,500 |
| Individuals (unrelated) | 6.00% | 3/22/2017 | 456,704 |
| Individuals (unrelated) | 6.00% | 9/22/2012 | 212,741 |
| Community National Bank | 6.50% | 1/15/2015 | 4,364,140 |
| Community National Bank | 6.50% | 6/15/2015 | 487,821 |
| Total | | | 9,790,321 |
| Current portion | | | 2,757,273 |
| Non-Current Portion | | | $ 7,033,048 |

As part of the Company's loan agreement with Community National Bank, the Company is required to meet certain financial covenants for the year ended June 30, 2012. The Company did not meet two of the covenants. These covenants required the submission of financial information as of a certain date and a minimum tangible net worth at June 30, 2012. Subsequently, the bank waived the covenants as of that date and until July 1, 2013. All other financial covenants with Community National Bank were met.

The loans with Community National Bank and Signature Bank are secured by all Company assets including accounts receivable, with the Signature Bank loan subordinate to the Community National Bank loans. All other company debt is unsecured.

Maturities of long-term debt at June 30, 2012, for each of the next five years and in the aggregate are as follows:

| | |
|---|---|
| June 30, 2013 | $ 2,757,273 |
| 2014 | 3,132,305 |
| 2015 | 2,807,843 |
| 2016 | 694,649 |
| 2017 | 398,251 |
| | $ 9,790,321 |

Long-term debt at June 30, 2011 is summarized as follows:

| | Total | Senior | Subordinated |
|---|---|---|---|
| Total long-term debt | $ 6,557,500 | $ 3,820,000 | $ 2,737,500 |
| Current portion | 2,832,500 | 1,920,000 | 912,500 |
| Total long-term debt, net of current portion | $ 3,725,000 | $ 1,900,000 | $ 1,825,000 |

16

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 11 – LONG-TERM DEBT (SEE NOTES 12 AND 17) (CONTINUED)

The Senior debt was discharged by refinancing in December 2011 by the Community National Bank note that matures January 15, 2015 and had been subject to interest at the prime rate plus 1%; however, the interest rate had been effectively fixed at 3.95% by an interest rate swap agreement that was terminated when the related debt was discharged - see following swap and swap termination discussion.

The Subordinated debt with Signature Bank was amended December 2011 and remains outstanding at June 30, 2012 under the terms disclosed above. The note prior to its amendment had been subject to interest at the bank's prime rate plus 1%; however, its interest rate had been effectively fixed at 6.90% by an interest rate swap agreement that was terminated when the note was amended - see following swap and swap termination discussion.

The Senior and Subordinate debt were subject to certain financial covenants (tangible net worth and fixed charge coverage ratio) that were satisfied by the Company at June 30, 2011.

The Company had entered into interest rate swap contracts (on July 15, 2008 for the Senior debt and on July 10, 2008 for the Subordinated debt) related to the outstanding Senior and Subordinated debt. The swap contracts were terminated in December 2011 for approximately $186,000, which is included in interest expense for the year ended June 30, 2012. Prior to termination, the interest rate swap contracts effectively converted the interest rates on the Senior and Subordinated notes from the bank's prime rate plus 1% to pay-fixed rates of 3.95% and 6.90%, respectively. The swaps were designed to hedge the risk of changes in interest payments on the notes caused by changes in the bank's prime rate and had been designated as cash flow hedges.

The swaps were issued at market terms so that they had no fair value at their inception. The carrying amounts of the swaps have been adjusted to their fair values at June 30, 2011, which, because of changes in forecasted levels of LIBOR, resulted in reporting a liability for the fair value of the future net payments forecasted under the swaps. Since the critical terms of the swaps and the notes were the same (interest rates and maturity termination dates), the swaps were assumed to be completely effective as hedges, and none of the change in their fair value was included in current income until their termination. Accordingly, the entire adjustment of the swaps' carrying amount was reported as other comprehensive gain or loss and the gain (loss) deferred in other comprehensive income was recognized in interest expense upon their termination during the year ended June 30, 2012.

17

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

### NOTE 12 – FAIR VALUE MEASUREMENTS (SEE NOTES 11 AND 17)

*Assets and Liabilities Measured at Fair Value on a Recurring Basis:*

Fair value measurements on a recurring basis at June 30, 2012 and 2011 consist entirely of the following liability:

| 2012 | Total | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Obligation under interest rate swaps: | $    - 0 - | $    - 0 - | $    - 0 - | $    - 0 - |
| **2011** | | | | |
| Obligation under interest rate swaps: | $( 259,000) | $    - 0 - | $    - 0 - | $( 259,000) |

There were no transfers between Level 1 and Level 2 during the years ended June 30, 2012 and 2011. In addition, transfers, if any, would be recognized at the end of the reporting period.

The valuation of the Company's "obligation under interest rate swap" is derived entirely from the bank's proprietary model which is based on certain financial principles and forecast assumptions (significant unobservable inputs) and is, accordingly, categorized as a level 3 valuation. The assumptions used in the model are believed to be reasonable, but their completeness and accuracy are subject to uncertainties inherent in such calculations, therefore, it is at least reasonably possible that the estimates used will change within the near-term.

The table below presents a reconciliation of the change in the balance of "obligation under interest rate swaps", which is a liability measured at fair value on a recurring basis using significant unobserved inputs (Level 3):

| | 2012 | 2011 |
|---|---|---|
| Beginning – July 1 | (   259,000) | $( 467,000) |
| Total Gains (Losses): | | |
| Included in current net income | - 0 - | - 0 - |
| Included in other comprehensive income | 259,000 | 208,000 |
| Ending – June 30 | $    - 0 - | $( 259,000) |

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 12 – FAIR VALUE MEASUREMENTS (SEE NOTES 11 AND 17) (CONTINUED)

*Assets and Liabilities Measured at Fair Value on a Nonrecurring Basis:*

The Company applies the provisions of the fair value measurement standard to its non-recurring, non-financial measurements that include business combinations and the related goodwill acquired.  Goodwill is not measured at fair value on an ongoing basis but is subject to fair value adjustments only in certain circumstances. The following table presents information about the Company's goodwill which is measured at fair value on a non-recurring basis as of June 30, 2012, and indicates the fair value hierarchy of the valuation technique used by the Company to determine its fair value.

| | Total | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Impairment Loss |
|---|---|---|---|---|---|
| **Description** | | | | | |
| Goodwill | $ 2,807,061 | $ -0- | $ -0- | $ 2,807,061 | $ 438,692 |

The following method and assumptions were used to estimate the fair value of the goodwill in the table above:

The Company estimates the fair value of goodwill and its related reporting unit based on a multiple of annual revenue, which is the industry standard. The industry multiple range is generally from 1 to 2. The Company's acquisition valuation of goodwill at $3,245,753 was based on the low end of the range to properly impute the risk of the reporting unit's concentrated customer base and employed an overall conservative approach. The impairment loss of $438,692 recorded during the year ended June 30, 2012 to recognize the fair value adjustment from $3,245,753 at the acquisition date to $2,807,061 at the statement of financial position date was based on current sales trends observed and a continuation of management's conservative approach to valuation. Given the unobservable nature of market data pertaining directly to the valuation of the related reporting unit, the measurement of goodwill is deemed to use Level 3 inputs.

NOTE 13 – OBLIGATIONS UNDER CAPITAL LEASE

At June 30, 2012 and 2011, the Company has capital lease obligations for equipment that expire during the years ending June 30, 2013 to June 30, 2017, and are subject to imputed interest rates that vary between approximately 0% and 16%.

19

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

## NOTE 13 – OBLIGATIONS UNDER CAPITAL LEASE (CONTINUED)

Following are total future minimum lease payments at June 30, 2012 under capital leases that are to be paid over each of the following five years:

| | |
|---|---|
| June 30, 2013 | $ 282,627 |
| 2014 | 33,542 |
| 2015 | 21,000 |
| 2016 | 21,000 |
| 2017 | 7,000 |
| Total minimum lease payments | 365,169 |
| Imputed interest | ( 32,662) |
| Present value of net minimum lease payments | 332,507 |
| Current portion of obligations under capital lease | 260,084 |
| Obligations under capital lease, net of current portion | $  72,423 |

The gross amount of assets recorded under capital leases and the related balance of accumulated depreciation at June 30 are as follows:

| | 2012 | 2011 |
|---|---|---|
| Equipment | $ 1,998,150 | $ 1,852,050 |
| Less: accumulated depreciation | 1,082,216 | 697,196 |
| | $  915,934 | $ 1,154,854 |

Amortization of assets acquired under capitalized leases is included in depreciation expense for the years ended June 30, 2012 and 2011.

## NOTE 14 – CAPITAL STOCK

The Company is presently authorized to issue 200,000 shares of capital stock consisting of 100,000 shares of common stock and 100,000 shares of preferred stock (6,500 of which have been designated as Series A). At June 30, 2012 and 2011, the Company has 10,000 shares of common stock issued and outstanding, and 6,240 shares of preferred stock issued and outstanding (all of which have been designated as Series A preferred stock). The Series A preferred stock ranks senior to the common stock (and each other class or series to be subsequently created) with respect to dividend distributions, redemptions and distributions of assets upon liquidation. In addition, any dividends accrued with respect to the Series A preferred stock would be payable in full prior to the payment of any dividend or other distribution of other capital stock.

The Company may redeem all or any portion of the shares of Series A preferred stock upon a vote of the majority of the Board of Directors provided that the redemption is not reasonably determined to be taxable under the applicable section of the Internal Revenue Code and also provided that any partial redemption be executed on a pro rata basis.

Also, the holders of Series A preferred stock are not entitled to vote on matters submitted to a vote of the holders of common stock; however, a number of specified matters require the approval of a majority of Series A preferred stockholders.

20

CREATIVE GROUP ACQUISITION CO.
AND ITS SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
AT
JUNE 30, 2012 AND 2011

NOTE 15 – RECONCILIATION OF BALANCE OF CONTROLLING INTERESTS AND
NON-CONTROLLING INTERESTS IN SUBSIDIARIES

|  | Total Controlling Interest | Total Non-Controlling Interests | Total Stockholders' Equity |
|---|---|---|---|
| Balance at July 1, 2010 | $ 5,511,367 | $        - | $ 5,511,367 |
| Net income | 266,019 | - | 266,019 |
| Other comprehensive income | 88,000 | - | 88,000 |
| Balance of June 30, 2011 | 5,865,386 | - | 5,865,386 |
| Net loss | ( 1,759,172) | - | ( 1,759,172) |
| Other comprehensive income | 144,000 | - | 144,000 |
| Contributions from members in non-controlling interests | - | 850,000 | 850,000 |
| Balance at June 30, 2012 | $ 4,250,214 | $ 850,000 | $ 5,100,214 |

NOTE 16 – RENT EXPENSE AND LEASE COMMITMENTS

The Company is committed to lease various facilities (locations identified below), and headquarters located in New York, NY, under various leases that expire from 2013 to 2016. In addition, the Company leases office space in Bristol, Connecticut presently on a month-to-month basis at $4,608 per month; management intends to have the Company retain the facilities in Bristol for a minimum period of one year.

Future minimum required lease payments under non-cancelable operating leases for each leased location (all located in New York City) for each of the next five years ending June 30, and in the aggregate, are as follows:

|  | 1601 Broadway | 835 8th Avenue | Times Square (Communication License) | Total |
|---|---|---|---|---|
| 2013 | $ 1,017,048 | $ 381,055 | $ 3,500 | $ 1,401,603 |
| 2014 | 1,029,444 | 194,418 | -0- | 1,223,862 |
| 2015 | 1,029,444 | -0- | -0- | 1,029,444 |
| 2016 | 1,029,444 | -0- | -0- | 1,029,444 |
| 2017 | -0- | -0- | -0- | -0- |
| Total | $ 4,105,380 | $ 575,473 | $ 3,500 | $ 4,684,353 |

21