# EXHIBIT 3

Watch Anywhere, Anytime.   amazon prime   START FREE TRIAL >

IMDb | All | Login | Help
Movies  TV  News  Showtimes  Community  IMDbPro  Apps  Your Watchlist

## Henry & Me (2014)
Animation | Family  -  15 April 2014 (USA)

SEE RANK

Not yet released
(voting begins after release)

A young boy battling illness is taken on a magical adventure by a stranger named Henry. On their journey, the boy meets New York Yankee legends, both past and present, who give him lessons about baseball and life.

**Director:** Barrett Esposito
**Writer:** David I. Stern
**Stars:** Richard Gere, Luis Guzmán, Chazz Palminteri | See full cast and crew

[ + Watchlist ▼ ]   Share...   Own the rights? Add a poster »



### Production Notes from IMDbPro
**Status:** Post-production | See complete list of in-production titles »
**Updated:** 26 June 2013
**More Info:** See more production information about this title on IMDbPro.

### Cast
Credited cast, sorted by IMDb STARmeter:

| | | |
|---|---|---|
| Richard Gere | ... | Henry (voice) |
| Luis Guzmán | ... | Lefty Gomez (voice) |
| Chazz Palminteri | ... | Babe Ruth (voice) |
| Danny Aiello | ... | Dr. Acosta (voice) |
| Cyndi Lauper | ... | Nurse Cyndi (voice) |
| Lucie Arnaz | ... | Jack's Mom (voice) |
| Paul Simon | ... | Thurmon Munson (voice) |
| Nick Swisher | ... | Himself (voice) |
| Austin Williams | ... | Jack (voice) |
| Alex Rodríguez | ... | Himself (voice) |
| Jason Harris | ... | Additional Voices |
| Reggie Jackson | ... | Himself (voice) |
| Joseph Gian | ... | Jack's Dad (voice) |
| Yogi Berra | ... | Himself (voice) |

### Quick Links
Full Cast and Crew    Plot Summary
Trivia               Release Dates
Quotes               Company Credits
Message Board

### Explore More

Like    77 people like this.



### User Lists                        Create a list »
Related lists from IMDb users


**Movies to see in 2011*2012*2013*2014**
a list of 25 titles created
15 Dec 2011

**Richard Gere Movies**
a list of 46 titles created
6 months ago


**New Movies 2013-????**
a list of 1936 titles created
9 months ago

**The National Pastime**
a list of 147 titles created
4 months ago


**Film Actor Facts and Ironies**
a list of 1399 titles created
13 Jul 2011

Joe Girardi ... Himself (voice)

See full cast »

### Storyline                                                                    Edit

A young boy, Jack, is battling and undergoing treatment for cancer. A young girl helps Jack find his own unique, Yankee-filled fantasy. Jack travels through Yankee history from the past to the present with Henry as his guide. Written by Yankee's Fan

Plot Summary | Add Synopsis

**Plot Keywords:** baseball | new york yankees | children | surrealism | character name in title

**Genres:** Animation | Family

**Parents Guide:** Add content advisory for parents »

### Details                                                                      Edit
**Country:** USA
**Language:** English
**Release Date:** 15 April 2014 (USA) See more »

### Company Credits
**Production Co:** Henry & Me Productions See more »
Show detailed company contact information on IMDbPro »

### Technical Specs
**Color:** Color
See full technical specs »

This FAQ is empty. Add the first question.

### Message Boards
Recent Posts

Short piece written about this flick                                 p0seid0n_

Same Name As A Short I Wrote!                                        kksmithfilms

Discuss Henry & Me (2014) on the IMDb message boards »

### Contribute to This Page

Edit page | Create a character page for: Henry   Create »  ?



See all related lists »

**Connect with IMDb**

IMDb  Like

4,328,818 people like IMDb.

Follow @imdb  928K followers

**Take The Quiz!**
Test your knowledge of Henry & Me.

Watch your favorite movies instantly.
amazon instant video  Watch Now

**Frequently Asked Questions**

Getting Started | Contributor Zone »

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2013 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An           company.

Amazon Affiliates

| Amazon Instant Video Watch Movies & TV Online | Prime Instant Video Unlimited Streaming of Movies & TV | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | LOVEFiLM Watch Movies Online | Junglee India Online Shopping | DPReview Digital Photography | Audible Download Audio Books |
|---|---|---|---|---|---|---|---|---|---|